**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Middle District Of Georgia
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Thrush Aircraft Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   9 0 – 0 0 9 1 8 3 0

4. **Debtor's address**

**Principal place of business**

300 Old Pretoria Road
Number       Street

_____

Albany                GA   31721
City                    State    ZIP Code

DOUGHERTY
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City           State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City           State      ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Thrush Aircraft Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_3_ _3_ _6_ _4_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

| Debtor | Thrush Aircraft Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Thrush Aircraft Inc. | Case number (if known) |
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/30/2019
 MM  / DD / YYYY

**✖** /s/K. Payne Hughes, Sr. _____    K. Payne Hughes, Sr. _____
Signature of authorized representative of debtor    Printed name

Title President _____

---

**18. Signature of attorney**

**✖** /s//s/ A. Keith Logue _____    Date  08/30/2019 _____
Signature of attorney for debtor    MM    / DD / YYYY

GA

A. Keith Logue _____
Printed name

Logue Law, PC _____
Firm name

3423 Weymouth Court _____
Number        Street

Marietta _____    GA ___    30062 ___
City    State    ZIP Code

(770) 321-5750 _____    Keith@logue-law.com _____
Contact phone    Email address

456250 _____    GA ___
Bar number    State

---

## THRUSH AIRCRAFT, INC.
## RESOLUTION OF THE DIRECTORS

The undersigned, being the sole director of Thrush Aircraft, Inc., a Georgia business

corporation ("Company"), does hereby waive notice of the date, time, place and purpose of,

and any rights to receive any material otherwise required to be furnished in a notice of, a

meeting at which the actions herein taken would have been submitted to the board, and do

hereby consent to the adoption of, and do hereby adopt, the following resolutions:

WHEREAS, the Company is unable to pay its debts as they generally mature and it
is in the best interest of the Company and its shareholders for the Company to file for
protection under the bankruptcy laws, as advised by legal counsel and the Company's
financial advisors;

NOW, THEREFORE, BE IT RESOLVED, that the Officers of the Company be and
hereby are authorized and directed to execute and deliver on behalf of the Company any
and all documents in the form and in substance as advised by counsel, pursuant to which
the Company will seek protection as provided in Title 11, United States Code, chapter 11 as
advised by counsel, with such actions and undertakings as the officer executing any
documentation shall, with the assistance of counsel, authorize and approve, such
authorization and approval to be conclusively evidenced by the execution and delivery
thereof in final form; and

FURTHER, RESOLVED, that the Officers of the Company are severally authorized,
from time to time, on behalf of and in the name of the Company, to take or authorize the
taking of any and all actions and to execute and deliver all agreements, instruments and
other documents, and to make all payments, as may be necessary, proper or convenient in
order to carry out, effectuate, consummate and perform the transactions described herein,
with such changes, amendments and modifications, if any, as the officer executing the same
shall, with the assistance of counsel, authorize and approve, such authorization and
approval to be conclusively evidenced by the execution and delivery of such agreements,
instruments and documents in final form; and

FURTHER, RESOLVED, that any of the Officers of the Company be and they
hereby are authorized to retain counsel Logue Law, PC and Stone and Baxter, LLC for the
Company in said proceeding, and other professionals as counsel and Company determines
to be in the best interest of the Company.

FURTHER, RESOLVED, that the secretary or any assistant secretary of the
Company is hereby authorized to certify true copies of the foregoing resolutions and each of
the agreements, instruments and other documents hereby approved, as well as any other
documents and papers which may from time to time be necessary or appropriate to be
delivered in connection with the transactions contemplated hereby, and to attest signatures
of any officer of the Company executing and delivering the same.

IN WITNESS WHEREOF, the undersigned have caused this consent to be executed as of the 9th day of August, 2019.

K. Payne Hughes, Sr.
Sole Director

**Fill in this information to identify the case:**

Debtor name  Thrush Aircraft Inc.

United States Bankruptcy Court for the:  Middle District Of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE Aircraft Engines<br>Beranovuvh 65<br>Czech Republic, | | Trade Payable | | | | $5,258,854.81 |
| 2 | Pratt & Whitney ACC<br>1000 Marie Victorin Blvd.<br>Longueuil, J4G IA1 | | Trade Payable | | | | $4,016,258.51 |
| 3 | AB&T<br>2815 Meredyth Drive<br>P.O. Box 31708<br>Albany, GA 31708 | | trade payable | | | | $736,325.75 |
| 4 | Trumpf Finance<br>480 Washington Blvd<br>24th Floor<br>Jersey City, NJ 07310 | | trade payable | | | | $576,956.10 |
| 5 | Georgia Dept of Labor<br>148 Andrew Young International Blvd.,<br>NE<br>Atlanta, GA 30303-1751 | | Trade Payable | | | | $387,500.00 |
| 6 | GRANT THORNTON LLP<br>33562 Treasury Center<br>Chicago, IL 60694-3500 | | Trade Payable | | | | $377,881.89 |
| 7 | TRANSLAND-TEXAS,LLC.<br>1206 HATTON RD SUITE A<br>Wichita Falls, TX 76302 | | Trade Payables | | | | $304,300.84 |
| 8 | IPFS Corporation<br>P.O. Box 100391<br>Pasadena, CA 91189 | | trade payable | | | | $280,443.88 |

Debtor   Thrush Aircraft Inc._____   Case number (*if known*)_____
                  Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Winthrop Resources Corp P.O. Box 55343-0650 Hopkins, MN 55343-0650 | | trade payable | | | | $250,423.50 |
| 10 | HARTZELL PROPELLER IT ONE PROPELLER PLACE Piqua, OH 45356 | | Trade Payables | | | | $225,016.31 |
| 11 | LEAF Capital Funding, LLC 2005 Market Street 14th Floor Philadelphia, PA 19103 | | trade payable | | | | $205,566.87 |
| 12 | EMERGYS 801 E. Campbell Road STE 690 Richardson, TX 75081 | | Trade Payables | | | | $169,570.93 |
| 13 | Wells Fargo Equipment Financing P.O. Box 55485-8178 Minneapolis, MN 55485-8178 | | trade payable | | | | $168,274.63 |
| 14 | TURBINE CONVERSIONS 18155 120TH AVE. Nunica, MI 49448 | | Trade Payables | | | | $106,304.00 |
| 15 | Aviall PO BOX 842267 Dallas, TX 75284 | | Trade Payables | | | | $97,896.76 |
| 16 | ACR MACHINE, INC. 21 N. 10TH AVE. Coatesville, PA 19320 | | Trade Payable | | | | $94,984.82 |
| 17 | OXFORD GLOBAL RESOURCES PO BOX 3256 Boston, MA 02241 | | Trade Payables | | | | $89,639.63 |
| 18 | AG NAV INC. 30 CHURCHILL DRIVE Ontario, L4N 8Z5 | | Trade Payable | | | | $87,031.00 |
| 19 | KPIT PO BOX 398227 San Francisco, CA 94139 | | Trade Payable | | | | $77,186.67 |
| 20 | TRAVELERS CL REMITTANCE CENTER P.O. Box 660317 Dallas, TX 75266 | | Trade Payables | | | | $58,143.74 |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name __Thrush Aircraft Inc.__

United States Bankruptcy Court for the: _____ __Middle District Of Georgia__

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐   Amended *Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration  Verification of Creditor Matrix _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/30/2019__              ✗ **/s/K. Payne Hughes, Sr.** _____
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor


                                           **K. Payne Hughes, Sr.** _____
                                           Printed name

                                           **President**_____
                                           Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT

**MIDDLE DISTRICT OF GEORGIA**

In Re:                                                          Case No.

    **Thrush Aircraft Inc.**

      Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

    I (WE) **Thrush Aircraft Inc.**_____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed and dated original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number (s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

    ☐  If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct.

    ☒  If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

    ☐  If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: **September 3, 2019**_____

Signed: **/s/ K. Payne Hughes, Sr.**_____          _____
            (Applicant)                                    (Joint Applicant)

## PART II - DECLARATION OF ATTORNEY

    I ***declare under penalty of perjury*** that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s) (Official Form B21) before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: **September 3, 2019**_____

Attorney for Debtor(s) **/s/ A. Keith Logue**_____

                     **A. Keith Logue**_____

Address of Attorney   **3423 Weymouth Court**_____

                     **Marietta, Georgia 30062**_____

UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

In re:

Case No.

Thrush Aircraft Inc.,

Debtor(s)                                      Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, K. Payne Hughes, Sr., declare under penalty of perjury that I am the President of Thrush Aircraft Inc., a Georgia corporation and that on August 9, 2019 the following resolution was duly adopted by the Sole Director and Shareholder of this corporation:

\Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11  of Title 11 of the United States Code;

Be It Therefore Resolved, that K. Payne Hughes, Sr., President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that K. Payne Hughes, Sr., President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that K. Payne Hughes, Sr., President of this corporation, is authorized and directed to employ A. Keith Logue, attorney and the law firm of Logue Law, PC to represent the corporation in such bankruptcy case.\

| Executed on: August 30, 2019 | Signed: /s/ K. Payne Hughes, Sr. |
|---|---|
|  | K. Payne Hughes, Sr.  (*Name and Address of Subscriber*) |

## WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)

All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

Date  **September 3, 2019**                    **/s/ K. Payne Hughes, Sr.**
                                               **Thrush Aircraft Inc.**
                                               Debtor


                                               _____
                                               Joint Debtor


                                               **/s/ A. Keith Logue**
                                               **A. Keith Logue**
                                               **Attorney for Debtor(s)**

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Georgia**

In re:    **Thrush Aircraft Inc.**                                    Case No. _____

                        **Debtors**                                      Chapter  **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **August 30, 2019**_____        Signed: **/s/ K. Payne Hughes, Sr.**_____

Dated:  _____        Signed: _____

Assistant U.S. Trustee
Middle District of Georgia
440 Martin Luther King Jr., Blvd., Suite 302
Macon, GA 31201

A.E.R.O. Hose Shop
3701 Hwy 162
Granite City IL 62040

AB&T National Bank
PO Box 71269
Albany GA 31708

ACR Machine Inc.
21 N. 10th Ave.
Coatesville PA 19320-3382

Advanced Disposal
1515 Pecan Lane
Albany GA 31705

Aero Fasteners
76 Servistar Idustrail Way
Westfield MA 01086-0507

Aerofast Inc.
360 Gundersen Drive
Carol Stream IL 60188

Aeronautical Testing Service Inc
18820 59th Dr. NE
Arlington WA 98223

Aerospace Defense Coating
7700 NE Industrial Blvd
Macon GA 31216

AFLAC
1932 Wynnton Road
Columbus GA 31999-0797

AG Nav Inc.
30 Churchill Drive
Barrie, Ontario L4N 8Z5
CANADA

AgAir Update
475 Myrtle Field Rd.
PO Box 850
Perry, GA 31069

Agricenter Aviação Agrícola Ltda.
R Antonio Joao, 610, B
Ponta Pora - MS
79900-000

Aircraft Rubber Manufacturing Inc.
1550 NE Kingwood Ave
Redmond OR 97756

Albany Elevator
PO Box  1073
Albany GA 31702

Albany Industrial Supply
419 Hodges Ave
Albany GA 31708

Albany Lock & Safe Co.
702 N. Slappey Blvd
Albany GA 31701

Albany Rubber & Gasket
2238 Toledo Drive
Albany GA 31705

Albany Utilities
207 Pine Ave
Albany  GA 31702-1788

Alfred Holton
245 Pine Street
Pelham GA 31779

Alpine Bearing Co
PO Box 331
Allston, MA 02134

Alvina Davis
149 Briar Patch Circle
Americus GA 31709

Amador Sanchez
151 Stags Leap
Leesburg GA 31763

American Contract Group Inc
300 Wildwood Avenue
Woburn MA 01801

AMJ Leasing LLC
PO Box 41602
Philadelphia PA 19101-1602

Amy Reno
2406 N Hilltop Drive
Albany GA 31707

Andair Ltd.
1 Fulflood Rd
Havant PO9 5AX, UK

Angela Bradshaw
PO Box 252
Leary GA 39862

Applied Technical Service
1049 Triad Court
Marietta GA 30062

Aprio LLP
5 Concourse Pkwy #1000
Atlanta GA 30328

Arrin Ferguson
172 Groover St
Leesburg GA 31763

Arrow Laboratory Inc.
1333 N. Main St
Wichita KS 67203

Ashley's Office World
PO Box 26
Tifton GA 31793

ASI Jet Sales, LLC
1710 Butler Field Drive SW
Hutchinson MN 55350

Astronics Max-Viz
Dept. Ch 16963
Palatine IL 60055-6963

Auto-Owners Insurance
PO Box 30660
Lansing MI 48909-8160

Autumn Alexander
183 Miller St
Baconton GA 31716

Aviall
PO Box 842267
Dallas TX 75284-2267

Aviation Interiors Inc.
2217 Meadowpond Trail
White Hall AR 71602

Avion Alloys
4722 NW Boca Raton Blvd
Boca Raton FL 33431

Azusa Pipe & Tube Bending
766 North Todd Ave
Azusa CA 91702

B & D Industrial, Inc.
PO Box 116733
Atlanta, GA 30368-6733

BANASPRAY S.A.
Calle 5ta 223
Guayaquil; Guayas - EC

Barbara Moulton
307 Martindale Drive
Albany GA 31721

Barbara Russell
138 Pineview Dr
Leesburg GA 31763

Bates Gas Company
2703 Sylvester Road
Albany GA 31705

Belinda Heard
5200 Hill Road
Albany GA 31705

Ben Howard Jr
913 12th Ave S E
Moultrie GA 31768

Benefit Technology Resources Llc
Suite 507 301 W. Platt Street
Tampa FL 33606

Bernard Howard
P O Box 1362
Moultrie GA 31768

Bernard Ross
2324 Shady Rd
Baconton GA 31716

Beverly Patterson
605 Leila Way
Americus GA 31719

Blake Clanton
123 Querecho Ln
Albany GA 31707

Anthem BCBS
PO Box 4445
Atlanta GA 30302

Blue Supply Inc (Brooks Auto)
1407 Dawson Road
Albany GA 31701

Bradford Court Condominium Assoc.
2421 Westgate Drive, Suite B
Albany GA 31707-8200

Brock Reed
1457 De Short Rd
Dawson GA 39842

Brodi Koehler
212 Robertson Dr
Leesburg GA 31763

Brown Aircraft Supply Inc
4123 Muncy Rd
Jacksonville FL 32207

Butler Bros.
PO Box 1375
Lewiston ME 04243-1375

Byrdie Johnson
615 W Lincoln
Albany GA 31701

California Agricultural
661 6th Street
Lincoln CA 95648

California Push Pull
3 Commerce Court, Suite 1
Chico CA 95928

Calima S.A.S.
Carrera 43B No 16-95 Oficina 1013
Medellin-Antioquia - CO

Calvin King
400 Elizabeth Ave
Albany GA 31705

Cascade Aircraft Conversions
903 Grinnell Road
Garfield WA 99130

Castle Metals Aerospace
PO Box 403705
Atlanta GA 30384-3705

Chad Herndon
205 Commerce Street
Leslie GA 31764

Charles Hodges
1921 S County Line Rd
Albany GA 31705

Charles Russell
1820 Samford Ave
Ablany GA 31707

Charles Williams
162 Hampton Ln
Leesburg GA 31763

Charlotte Bryant
737 Georgetown Drive
Albany GA 31705

Chelsea Harvey
2203 Jasmine Ct
Albany GA 31705

Chem-Aqua
PO Box 15217
Irving TX 75015

Chesapeake Aerospace
11605 Princess Lane
Ellicott City MD 21042

Christian Knights
140 A Ravenwood Ct
Albany GA 31701

Christin Milner
556 Mac Road
Edison GA 39846

Christopher Henry
156 Cypress Point Circle
Leesburg GA 31763

Christopher Pollock
163 Pineridge Dr
Leesburg GA 31763

Christopher Shawn Weathersby
795 Bay Street
Edison GA 39846

Christopher Thomas
724 Mobile Rd Lot 19
Albany GA 31705

Cincinnati Life Insurance
PO Box 631205
Cincinnati OH 45263-1205

Cindy Chapman
903 Douglas Cir
Americus GA 31709

Cintas Corporation #438
1700 West Town Road
Albany GA 31707

Citizens One Auto Finance
PO Box 42113
Providence RI 02940-2113

City of Albany
401 Pine Avenue
Albany GA 31701

Coastal Wipers
5705 E Hanna Ave
Tampa FL 33610

Colorado Plating Company
Hangar 44
9616 Metro Airport Ave
Broomfield CO 80021

Compañía Aero Agrícola Integral
Km 7 Via Zungo Predio San Sebastian
Carepa-Antioquia - CO

Corbana S.A. CTA Congress
Apartado Postal 6504-1000
San Jose, Costa Rica

Cory Dixon
112 Aster Drive
Americus GA 31719

Covington Aircraft
PO Box 1336
Okmulgee OK 74447

Coyote Logistics LLC
255 Ottley Dr NE Suite 200
Atlanta GA 30324

Crystal Daniels
127 3rd Rd
Leesburg GA 31763

Culligan of South Georgia
414 N Jackson Street
Americus GA 31709

Dallas Logue
715 Sixth Avenue
Albany GA 31701

Damasia Wiggins
262 West First Street
Cuthbert GA 39840

Daniel Miller
273 Herring Road
Sylvester GA 31791

David I Peterson Inc
PO Box 3881
Albany GA 31706

David Jackson
1009 8 Mile Rd
Albany GA 31721

David Peralta Villalobos
5401 Old Dawson Rd
Albany GA 31721

David Slaton
P O Box 99
Desota GA 31743

Demetria Wiggins
262 W First St
Cuthbert GA 39840

Dennis Sledge
245 Marchant Rd
Ty Ty GA 31795

Desser Tire & Rubber Co.
6900 Acco Street
Montebello, CA 90640

Devin Hatcher
716A Oakland Rd
Leesburg GA 31763

Dewey Terry Hornsby
4278 Hwy 262
Pelham GA 31779

DHL Express-USA
16592 Collections Center
Chicago IL 60693

Dilmar Oil Company
PO Box 5629
Florence SC 29502-5629

Dole Fresh Fruit Co.
1 Dole Drive
Westlake Village CA 91362

Donald Pollard
909 1/2 Peacock Dr
Albany GA 31701

Donald Wilson
1005 Rood Street
Albany GA 31705

Dougherty Glass
219 Cedric St
Leesburg GA 31763

Dynanav Systems Inc.
11731 Baynes Rd
Pitt Meadows, BC V3Y 2B3
CANADA

Earnest J Johnson Jr
283 North Broad Street
Ellaville GA 31806

Earthlink Buisness
PO Box 1058
Birmingham AL 35246-1058

Edgardo Perez
127 Fair Oaks Ct
Leesburg GA 31763

Edward Evers
413 Tifton Eldorado Rd
Tifton GA 31794

Edward Smith
100 Jefferson St
Albany GA 31701

El Colono Agropecuario SA
5km al este Entrada a Guapiles
Jimenez, Limon - CR

Electro Enterprises Inc.
3601 North I-35
Oklahoma City OK 73111

Emergys
801 E. Campbell Road, Ste 690
Richardson TX 75081

Eric Chase Holloway
148 Renee Lane
Sylvester GA 31791

Eric M Rojek
166 Quail Valley Drive
Leesburg GA 31763

Evelyn Richard
363 Cornwell Rd
Americus GA 31709

Farr Air Inc.
PO BOX 786
Weyburn SK S4H 2L1 CANADA

FedEx Freight
Dept CH
PO Box 10306
Palatine IL 60055-0306

FedEx
PO Box 660481
Dallas TX 75266-0481

Fernando Alvarado
1035 White Pond Rd
Leesburg GA 31763

First Stop Health LLC
PO Box 60681
Chicago IL 60601

Flight Grip
812 Jacquelyn Street
Milton-Freewater OR 97862

Freedom Metal Finishing Inc.
5095 113th Ave. N
Clearwater FL 33760

FUMICAR S.A.
Av. Santiago Castillo
Guayaquil; Guayas - EC

Fumigacion Aerea Agrobuenafe
S/N Via Valencia
Quevedo-Los Rios - EC

GA Dept of Labor
16060 S. Slappey Blvd
Albany GA  31707

Garrett Register
162 Hampton Ln
Leesburg GA 31763

GDOL Safety Engineering
2 Martin Luther King Jr. Drive
West Tower. Suite 920
Atlanta GA 30334

GE Aircraft Engines
Beranových 65, 19900 Praha 18
Letňany, 199 00, CZECHIA

General Aviation Manufacturers
1400 K St. NW Suite 801
Washington DC 20005

Geo-Precision Solutions Inc.
Edificio Rocamar
20A  Calle 42
Bell PANAMA

George Campbell
310 South Cleveland Street
Albany GA 31701

Georgia Tech Professional Education
Office of the Registrar
PO Box 93686
Atlanta GA 30377-0686

Gervice Scott Milner
556 Mac Rd
Edison GA 39846

Gina Rowland
1534 US Hwy 280 W
Cordele GA 31015

Grant Thornton LLP
33562 Treasury Center
Chicago IL 60694-3500

Gregory Hill
713 Goodall Avenue
Albany GA 31705

Gregory Hubbard
107 Crow Dr
Leesburg GA 31763

Groupe Compagnie Fruitière
33 Boulevard Ferdinand de Lesseps
Marseille 13014 FRANCE

Gustavo Vigano Piccoli
Rod Br 163, Sn, Km 741
Sorriso, MT – BR
78890 000

Harold Lamar
306 Raintree Drive
Albany GA 31705

Hartzell Propeller Inc
One Propeller Place
Piqua OH 45356

Hill & Brooks Coffee And Tea
PO Box 6219
Mobile AL 36660

Hitek Inc.
9 Highpoint Rd
Valley Center KS 67147

Holland & Hart LLP
Attn: Financial Services
555 17th St #3200
Denver CO 80202-3979

Hugh Kern Cunningham
539 N Westover Blvd
Albany GA 31707

Huron Robinson
408 Southerfield Rd
Americus GA 31719

Hutchinson Aerospace & Industy
4510 Vanowen Street
Burbank CA 91505-7710

International Design and Display
125 North Stevens Street
Thomasville GA 00003-1792

International Governor Services, LLC
7290 W. 118th Place
Broomfield  CO 80020

IPFS Corporation
PO Box 100391
Pasadena CA 91189-0391

IPG Photonics Corporation
50 Old Webster Road
Oxford MA 01540

Island Veterinary Clinic Ltd.
6212 54th Avenue
Taber AB T1G 1X3 CANADA

Ivy Cleveland
2030 West Broad Ave
Albany GA 31707

Jack Knight
170 Dunn Rd
Sylvester GA 31791

Jaiba Aviacao Agricola Ltda
Av Transbrasiliana 827, 2 Andar
Paraiso do Tocantins TO – BR
77600-000

James Carter Hudson
284 Linden Rd Lot 13
Leesburg GA 31763

James Davis
1692 Philema Road
Albany GA 31701

James E Rusk
2405 Hermitage Rd
Albany GA 31721

James Jordan
1008 N Davis St
Albany GA 31701

James Kendrick
246 Willow Road
Edison GA 39846

James Mosley
1410 Pecan St S
Cordele GA 31015

James Owens
476 Lane Store Road
Americus GA 31709

James Perry
203 Habitat Street
Americus GA 31709

James Sailor
412 31st Ave S E Apt D
Moultrie GA 31768

James Sheffield
249 Sportsman Club Road
Leesburg GA 31763

Jarret Tuning
723 Levertt St
Doerun GA 31744

Jason Doellefeld
740 Middle Rd S
Leesburg GA 31763

Jason Furney
2502 Buckingham Court
Albany GA 31707

Jason Williams
307 Southwood Dr
Albany GA 31701

Jennifer Dunbar
121 Lee Drive
Leesburg GA 31763

Jeremi Fuller
109 Foster Street
Desoto GA 31743

Jermaine Jones
1514 Mcarthur St
Albany GA 31701

Jimmy Bradshaw
188 A Pelham Dr
Leesburg GA 31763

John Andrew White
110 Victorian Ct
Leesburg GA 31763

John Lassen
313 B Old Pretoria Rd
Albany GA 31721

John Miller Jr
3803 W Dominion Ct
Albany GA 31721

John Morman
P O Box 73
Baconton GA 31716

John Pike
2214 Vineyard Ct
Albany GA 31721

John Roberts
1707 Spruce Lane
Albany GA 31707

Johnny Leveston
209 Edward Dr
Albany GA 31705

Johnny Mosely
2402 Regina Rd
Albany GA 31705

Jones Welding
1359 Schley Ave
Albany GA 31708

Juan Phillips Jr
14133 SW 149Th Ave
Miami FL 33196

Juan Phillips
14133 SW 149 Avenue
Miami FL 33196

K & N Eng Inc
PO Box 1329
Riverside CA 92502

Kelsey Johnson
1319 Gillespie Ave
Albany GA 31070

Kenneth Gum
2204 Devon Drive
Albany GA 31707

Kenneth Payne Hughes Jr
889 Oakland Rd
Leesburg GA 31763

Kenneth Payne Hughes
1270 Club Cove Drive
Greensboro GA 30642

Kenneth Sellers
177 Story Lane
Leesburg GA 31763

Kevin Gosier
11301 Dickey St
Morgan GA 39866

Kevin Paul
142 Canvasback Drive
Leesburg GA 31763

Kevin Pierce
710 Hobson Leverett Avenue
Doerun GA 31744

Keyontae Keith
712 Goodall St
Albany GA 31705

Kimberly Lawrence
118 Palmer Rd
Leesburg GA 31763

KPH Jr. Family Trust
889 Oakland Rd.
Leesburg GA 31763

KPIT
PO Box  398227
San Francisco CA 94139-8227

Lanier Engineering Inc.
1504 W. Third Avenue
Albany GA 31707

LaRose & Bosco Ltd.
200 N. LaSalle Street  Suite 2810
Chicago IL 60601

Latrobe Specialty Metals
PO Box 644181
Pittsburg PA 15264-4181

LEAF Capital Funding LLC
2005 Market Street 14th Floor
Philadelphia PA 19103

Levan Tabidze
3250 Notty Pine Trail
Marietta GA 30062

Linda Jones
1320 Gail Avenue
Albany GA 31707

Livingston International
PO Box 5640, Terminal A
Toronto  M5W 1P1

Lois English
1216 East First Ave
Albany GA 31705

Longwood Elastomers,Inc.
1901 Longwood Dr
Brenham TX 77833

LoPresti Aviation
210 Airport Drive East
Sebastian FL 32958

Lorie Brown
129 Pineview Dr
Leesburg GA 31763

Lorinza Henry
2313 Juniper Dr
Albany GA 31721

Luiz Carlos Nava
Rua Horizontina, 446E – Pioneiro
Lucas do Rio Verde, MT – BR
78455-000

Luiz Catelan
Rua Juscelino Kubitschek SN
Luis Eduardo Magalhaes; BA - BR
47850-000

Makino Inc
7680 Inovation Way
Mason OH 45040

Maple Hill Landfill
106 Branch Road
Albany GA 31705

Marcelo Alberto Ellena
Ruta Nacional 7 Km. 597
Vicuna Mackenna; Cordoba - AR

Marcelo Leomar Kappes
Av Tancredo Neves
Luis Eduardo Magalhaes; BA – BR
47850-000

Marcia Griffin
1902 12th Avenue
Albany GA 31706

Marcus Gilbert
PO Box 615
Arlington GA 39813-0615

Maria Recendez
933 Westview Dr
Albany GA 31705

Mark Morgan
219 Somerset Dr
Albany GA 31721

Mary Neal
3945 Highway 41N
Preston GA 31824

Mass Mutual
PO Box 1583
Hartford CT  06144

Matt Salzsieder
230 Thimblemill Dr
Leesburg GA 31763

Matthew Chambers
6109 Willow Rd
Albany GA 31705

Mattie Anderson
2306 Pembroke Dr
Albany GA 31707

Maule Air Inc.
2099 Georgia Highway 133
Moultrie GA 31788

Mauro Camacho Sanches
Av Dr Lamartine Pinto De Avelar
Catalao; GO – BR
75705-220

McMaster-Carr Supply Co
PO Box 7690
Chicago IL 60680-7690

Merry Acres Inn
1500 Dawson Road
Albany GA 31707

Michael Casper
15 Riding Lane
Savannah GA 31411

Michael Johnson
150 Manning Lane
Leesburg GA 31763

Michael Kimbrel
14261 College Road
Edison GA 39846

Mid Continent Aircraft Corp
1601 Hwy 84 East
Hayti MO 63851

Milton Powell
7275 Bluff Road
Baconton GA 31716

Moody's Analytics Inc.
PO Box 116714
Atlanta GA 30368-0597

Morris Coupling/Dba Grand
1092 West Atlanta Street
Marietta GA 30060

Motta, Fernandes Rocha Advogados
Av. Pres. Juscelino Kubitschek, 1327 - 20th floor
04543-011 - Sao Paulo - SP, BRAZIL

Moultrie Manufacturing Co
1403 Hwy 133 South
Moultrie GA 31776-2948

Murphy & Read Spring MFG
617 West 6th Street
Palmyra NJ 08065

Navarro Castex Abogados
Viamonte 1145
C1053 ABW
Buenos Aires, ARGENTINA

Neofunds
PO Box 60197-6813
Carol Stream IL 60197-6813

Neopost
478 Wheelers Farms Rd
Milford CT 06461

Niles Mcquaig
162 Hampton Ln
Leesburg GA 31763

North Star Aviation, Inc.
801 W. Airport Rd.
Ulysses KS 67880

Northern Air Spray Ltd.
Hangar 5, Peace River Regional Airport
Peace River AB T8S 1S1 CANADA

Old Dominion Freight Line
PO Box 198475
Atlanta GA 30384-8475

One Time Vendor
2970 Clairmont road
Atlanta GA 30329

Orsmond Aerial Spray (Pty) Ltd
Preekstoel Road
Bethlehem ZA 9701
SOUTH AFRICA

Oxford Global Resources
PO Box 3256
Boston MA 02241-3256

Patrick Times
4343 Ga Hwy 41 South
Buena Vista GA 31803

Paulina Tompea
625 11th Ave NW
Cairo GA 39828

Pellicano & Blankenship, LLC
1803 Gillionville Rd
Albany, GA 31707

Perry Brothers Aviation
125 US Hwy 280 West
Americus GA 31709

Phillips Corporation
8500 Triad Drive
Colfax NC 27235

Phoebe Corporate Health
2410 Sylvester Road
Albany GA 31705

Pinson Valley Heat Treating Co.
6179 Sunrise Dr.
Pinson AL 35126

Pitney Bowes Global Financial
PO Box  371887
Pittsburgh PA 15250-7887

PKB Constanta+
Bolshoye Savvinskiy Lane
Moscow 119435 RU

Planificacion y Soluciones
Avda. Comarques del Pais
Quart de Poblet, Valencia – ES
46930

Prairie Dusters
PO Box 274
Birtle MB R0M 0C0 CANADA

Pratt & Whitney
1000 Boulevard Marie-Victorin
Longueuil, QC J4G 1A1 CANADA

Pratt & Whitney Component Solutions
4905 Stariha Drive
Muskegon MI 49441

Prince Service & Manufact
7539 Hawkinsville Road
Macon GA 31216

Principal Life Insurance Company
SBD Grand Island
PO Box 10372
Des Moines IA 50306-0372

R.L. Dorminey & Associate
PO Box 460195
San Antonio TX 79246

R+L Carriers
PO Box  10020
Port William OH 45164-2000

Rafael Bernal
315 Old Pretoria Rd
Albany GA 31721

Raymond Koehler
217 Winnstead Dr
Leesburg GA 31763

Raymond Lowe
801 12Th Ave SE
Moultrie GA 31768

Reeves Research & Development
PO Box 1508
Albany GA 31706

Retirement Solutions Specialists
PO Box  601070
Jacksonville FL 32260

RHC Inc.
1709 S. Slappey Blvd
Albany GA 31701

Richard Paul
P O Box 245
Edison GA 31746

Richie Griffin
P O Box 344
Dawson GA 31742

Rickey Holloway
2744 Spring Flats Road
Sylvester GA 31791

Ricky Williams
125 Reese Drive
Sylvester GA 31791

RJ Jenkins
503 Drexel
Albany GA 31707

Robert Jones
3968 Depot St
Leary GA 39862

Robin Waters
Po Box 124
Smithville GA 31787

Rochester Gauges Inc
11616 Harry Hines Blvd
Dallas TX 75229

Russell Shorter
P O Box 363
Baconton GA 31716

Sabrina Moore
311 Mccray Drive
Albany GA 31701

SafeAire Heating & Coolin
3199 Palmyra Road
Albany GA 31707

SAIA Freight Line
PO Box 730532
Dallas TX 75373-0532

Sandy Barnes
162 Hampton Lane
Leesburg GA 31763

Sapientia Law Group PLLC
120 South Sixth Street Suite 100
Mineapolis MN 55402

SB&T Bank
1251 US Hwy 82 W
Leesburg GA 31763

Scales Systems and Automation
430 Woodcrest
Sylvester GA 31791

Sealed Air
26077 Network Place
Chicago IL 60673-1260

Shaco Branch
1001 N Madison St Apt 5
Albany GA 31701

Sheena Kendrick
2080 Dickey Bypass
Edison GA 39846

Short & Paulk -Albany Sup
400 N. Cleveland St
Albany GA 31702

Siderval S.P.A.
1176 3rd Street
Beaver PA 15009

SimplexGrinnell
Dept. Ch 10320
Palatine IL 60055-0320

Snap-On Tools
178 Horsehoe Circle
Americus GA 31719

So Low Enviromental Department
10310 Spartan Drive
Cincinnati  Ohio  45215

Southeast Airgas
489 Ross Clark Circle N.E
Dothan AL 36303

Sowega Chlorinator Co. Inc.
PO Box 31706-3006
Albany GA 31701

Sowega Testing Service Inc.
205 White Horse Drive
Leesburg GA  31763

Spraying Systems Co
PO Box 95564
Chicago IL 60694-5564

Stacy Grigsby
1219 Baker Ave
Albany GA 31707

Statewide Aviation
Lot 16 Blueberry Rd.
Airport West
Moree NSW 2400 AUSTRALIA

Steven Bowles
1610 Pleasant Hill Rd
Dawson GA 39842

Sumifru Corporation
AJMR Port Complex KM. 20
Tibungco TE8000 Davao City PHILIPPINES

Sunbelt Rentals Inc
729 S. Westover Blvd
Albany GA 31707

Technipower Inc.
PO Box 204653
Dallas TX 75320

Terrance Comer
132 Sam Sells Rd
Doerun GA 31744

Terri Daugherty
101 Susina Drive
Leesburg GA 31763

Terry Humphrey
500 Admore Lane
Albany GA 31707

The Albany Dougherty
Payroll Dev
225 West Broad Avenue
Albany GA 31701

Thomas E Medley Jr
923 Lovers Lane Rd Lott 33
Leesburg GA 31763

Thomas Pierce
P O Box 874
Edison GA 31746

Timber Products Inspection
1641 Sigman Road
Conyers GA 30012

Tina O'Donnal
135 Dunaway Dr
Albany GA 31721

Todd Fisher
2216 Pace St
Albany GA 31701

Toyota Industries Commercial Finance
PO Box 660926
Dallas TX 75266-0926

Toyota Industries Commercial Finance
PO Box 660926
Dallas TX 75266-0926

Tracy Wallace
130 Bruner Ln
Leesburg GA 31763

Transland-Texas LLC
1206 Hatton Rd  Suite A
Wichita Falls TX 76302

Travelers
CL Remittance Center
PO Box 660317
Dallas TX 75266-0317

Travis Williams
1320 West Central Ave
Moultrie GA 31768

Trumpf Finance
480 Washington Blvd 24th Floor
Jersey City NJ 07310

Turbine Conversions Ltd
18155 120th Ave
Nunica MI 49448

TW Metals*Tube Sales
PO Box 933014
Atlanta GA 31193-3014

Uline Shipping Supply
PO Box 88741
Chicago IL 60680-1741

United Rentals
1190 Hwy 19 South
Leesburg GA 31763-4851

UPS Freight
PO Box 650690
Dallas TX 75265-0690

UPS/UPS SCS Dallas
PO Box 650690
Dallas TX 75265-0690

Vernon Worth
903 Douglas Circle
Americus GA 31709

Virginia Garza
5401 Old Dawson Rd
Albany GA 31721

Watson Spence LLP
320 Residence Avenue
Albany GA 31702-2008

Weldon Pump LLC.
640 Golden Oak
Oakwood Village OH 44164

Wells Fargo Bank
1st Broad Street 8th Floor
Philadelphia PA 19107

Wells Fargo Equipment Financing
Remittance: NW-8178
PO Box 1450
Minneapolis MN 55485-8178

Wencor Group
473 Dividend Drive
Peachtree City GA 30269

Will Bruner
133 Enterprise Church Rd
Edison GA 39846

William Bays
2311 Whitehall Ct
Albany GA 31707

William Etheredge
119 Heathridge Ct
Leesburg GA 31763

William Griffin
1902 12th Ave
Albany GA 31707

William Phillips
1580 US Hwy 19S Apt#31
Leesburg GA 31763

William Richard
363 Cornwell Rd
Americus GA 31709

William Wright
602 Green Valley Rd
Dothan AL 36305

Willie Jones
2012 Lilly Pond Rd
Albany GA 31721

Winthrop Resources Corp.
PO Box 650
Hopkins MN 55343-0650

Wire Masters Inc
PO Box 38148-0207
Memphis TN 38401

Woodward Inc.
5001 North Second Street
Rockford IL 61125-7001

Zee System Inc
406 West Rhapsody
San Antonio TX 78216

Zelda Diane Davis
119 Pebble Ridge Dr
Leesburg GA 31763