**Fill in this information to identify the case:**

Debtor name: __Thrush Aircraft, Inc__

United States Bankruptcy Court for the: __Middle__ District of __Georgia__
(State)

Case number (If known): __19-10976__

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE Aircraft Engines<br>Beranových 65, 19900 Praha 18<br>Letňany, 199 00<br>CZECHIA | | | | | | $5,258,854.81 |
| 2 | Pratt & Whitney<br>1000 Boulevard Marie-Victorin<br>Longueuil, QC J4G 1A1<br>CANADA | | | | | | $4,016,258.51 |
| 3 | AB&T National Bank<br>PO Box 71269<br>Albany GA 31708 | | | | | | $736,325.75 |
| 4 | Trumpf Finance<br>480 Washington Blvd 24th Floor,<br>Jersey City, NJ 07310 | | | | | | $576,956.10 |
| 5 | GDOL Safety Engineering<br>2 Martin Luther King Jr. Drive<br>West Tower. Suite 920<br>Atlanta GA 30334 | | | | | | $387,500.00 |
| 6 | Grant Thornton LLP<br>33562 Treasury Center<br>Chicago IL 60694-3500 | | | | | | $377,881.89 |
| 7 | Transland-Texas LLC<br>1206 Hatton Rd  Suite A<br>Wichita Falls TX 76302 | | | | | | $304,300.84 |
| 8 | IPFS Corporation<br>PO Box 100391<br>Pasadena CA 91189-0391 | | | | | | $280,443.88 |

Debtor  __Thrush Aircraft, Inc._____  Case number (*if known*) __19-10976_____
       *Name*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Winthrop Resources Corp. PO Box 650 Hopkins MN 55343-0650 | | | | | | $250,423.50 |
| 10 | Hartzell Propeller Inc One Propeller Place Piqua OH 45356 | | | | | | $225,016.31 |
| 11 | LEAF Capital Funding, LLC 2005 Market Street, 14th Floor Philadelphia PA 19103 | | | | | | $205,566.87 |
| 12 | Emergys 801 E. Campbell Road, Ste 690 Richardson TX 75081 | | | | | | $169,570.93 |
| 13 | Wells Fargo Equipment Financing Remittance: NW-8178 PO Box 1450 Minneapolis MN 55485-8178 | | | | | | $168,274.63 |
| 14 | Turbine Conversions Ltd 18155 120th Ave Nunica MI 49448 | | | | | | $106,304.00 |
| 15 | Aviall PO Box 842267 Dallas TX 75284-2267 | | | | | | $97,896.76 |
| 16 | ACR Machine Inc. 21 N. 10th Ave. Coatesville PA 19320-3382 | | | | | | $94,984.82 |
| 17 | Oxford Global Resources PO Box 3256 Boston MA 02241-3256 | | | | | | $89,639.63 |
| 18 | AG Nav Inc. 30 Churchill Drive Barrie, Ontario L4N 8Z5 CANADA | | | | | | $87,031.00 |
| 19 | KPIT PO Box 398227 San Francisco CA 94139-8227 | | | | | | $77,186.67 |
| 20 | Travelers CL Remittance Center PO Box 660317 Dallas TX 75266-0317 | | | | | | $58,143.74 |