IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| THRUSH AIRCRAFT, INC., | : Chapter 11 Case No. 19-10976-AEC |
| | : |
| Debtor. | : |
| | : |

## NOTICE OF CONTINUED MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Meeting of Creditors originally scheduled for October 3, 2019 at 11:30 am has been continued to **October 8, 2019 at 11:00 A.M.**, and will be held at 341(a) Meeting Room, 345 W. Broad Ave., Old Albany Federal Courthouse. & Post Office, 3rd Floor, Albany, Georgia 31701.

This 13th day of September, 2019.

                                         **STONE & BAXTER, LLP**
                                         By:

                                         _/s/ Matthew S. Cathey_
                                         Ward Stone, Jr.
                                         Georgia Bar No. 684630
                                         Matthew S. Cathey
                                         Georgia Bar No. 759547
                                         G. Daniel Taylor
                                         Georgia Bar No. 528521

Fickling & Co. Building, Suite 800      wstone@stoneansbaxter.com
577 Mulberry Street                          mcathey@stoneandbaxter.com
Macon, Georgia 31201                      dtaylor@stoneandbaxter.com
478.750.9898

                                                    Proposed Counsel for Debtors

G:\CLIENTS\Thrush Aircraft\First Day Motions\Notice of Continued 341 Meeting of Creditors (09.13.19).doc