# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| THRUSH AIRCRAFT, INC., | : Chapter 11 Case No. 19-10976-AEC |
| | : |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the Notice of Hearing on Utilities Motion and Notice of Offer of Adequate Assurance of Payment for Utility Service Pursuant to 11 U.S.C. §366 (Dkt. 51) by depositing same in the United States Mail with proper postage affixed thereon to ensure delivery upon all parties on the attached matrix and on the following:

Georgia Power Company
c/o Kevin Pearson, Registered Agent
241 Ralph McGill Blvd NE, Bin 10180
Atlanta, Georgia 30308-3374

Windstream
c/o Registered Agent Solutions, Inc.
900 Old Roswell Lakes Pkwy, Suite 310
Roswell, Georgia 30076

City of Albany
c/o Mary Ann Petty, Director
401 Pine Avenue
Albany, Georgia 31701

This 13th day of September, 2019.

/s/ Matthew S. Cathey
Matthew S. Cathey
Georgia Bar No. 759547

Stone & Baxter, LLP
577 Mulberry Street, Suite 800    Proposed Counsel for Debtor
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *facsimile*
mcathey@stoneandbaxter.com
G:\CLIENTS\Thrush Aircraft\First Day Motions\COS on NOH on Utilities Motion (09.13.19).docx