# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 19-10976-AEC** |
| **THRUSH AIRCRAFT, INC.** ) | |
| ) | **Chapter 11** |
| **Debtor** ) | |
| ) | |

### UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT
### OF
### SECOND RECONSTITUTED
### COMMITTEE OF UNSECURED CREDITORS

The United States Trustee appointed a First Reconstituted Committee of Unsecured Creditors and filed its Notice of Appointment with the Court on September 16, 2019.

GE Aviation Czech, s.r.o., one of the top twenty unsecured creditors of this Debtor, has expressed an interest in being on the Committee of Unsecured Creditors. In addition, Grant Thornton, LLP, an appointed member of the Committee of Unsecured Creditors, has resigned.

The United States Trustee hereby gives notice of the appointment of a Second Reconstituted Committee of Unsecured Creditors as follows:

### SEE EXHIBIT "A" ATTACHED

This 19th day of September, 2019.

                                                    Respectfully submitted,

                                                    NANCY J. GARGULA
                                                    United States Trustee

| | |
|---|---|
| Office of the U.S. Trustee | By: /s/ Robert G. Fenimore |
| 440 Martin Luther King Jr. Blvd, Ste. 302 | Robert G. Fenimore |
| Macon, GA   31201   (478) 752-3545 | Trial Attorney |
| robert.g.fenimore@usdoj.gov | GA Bar No. 205202 |

## **EXHIBIT "A"**

Texas Transland, LLC dba Transland
1206 Hatton Road, Suite A
Wichita Falls, TX 76302
(940) 636-7963
James B. Frank
jfrank@sharpirongroup.com

Oxford Global Resources, LLC
100 Cummings Center
Suite 206L
Beverly, MA 01915
(978) 538-1723
Cheryl Keating
Cheryl_Keating@Oxfordcorp.com

GE Aviation Czech, s.r.o.
30 Merchant Street
Cincinnati, OH 45246-3750
(513) 240-5640
Kim Ravenhall
kim.ravenhall@ge.com

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served the **UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF SECOND RECONSTITUTED COMMITTEE OF UNSECURED CREDITORS** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Thrush Aircraft, Inc
Attention K. Payne Hughes, Sr.
President
300 Old Pretoria Road
Albany, GA 31721

A. Keith Logue
Attorney for Debtor
Law Office of A. Keith Logue
3423 Weymouth Court
Marietta, GA 30062

Matthew S. Cathey
Attorney for Debtor
Stone & Baxter, LLP
Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, GA 31201

Ward Stone, Jr.
Attorney for Debtor
Stone & Baxter, LLP
Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, GA 31201

Gregory D. Taylor
Attorney for Debtor
Stone & Baxter, LLP
Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, GA 31201

James B. Frank
Texas Transland, LLC
1206 Hatton Road, Suite A
Wichita Falls, TX 76302

Cheryl Keating
Oxford Global Resources, LLC
100 Cummings Center
Suite 206L
Beverly, MA 01915

Kim Ravenhall
GE Aviation Czech, s.r.o.
30 Merchant Street
Cincinnati, OH 45246-3750

Richard Bernard
Attorney for GE Aviation Czech s.r.o.
90 Park Avenue
New York, NY 10016

Brian Bonaviri
Grant Thornton, LLP
757 Third Avenue, 2nd Floor
New York, NY 10017

Gary A. Barnes, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326

C. Edward Dobbs
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30308

Rufus T. Dorsey
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30308

Michael C. Sullivan
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30308

Timothy J. Colletti, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326

Cater C. Thompson, Esq.
Jones Cork, LLP
P.O. Box 6437
Macon, GA 31208-6437

KING & SPALDING LLP
Jonathan W. Jordan
Sarah L. Primrose
1180 Peachtree Street
Atlanta, GA 30309

Chris Stathopoulos
Attorney for Grant Thornton, LLP
171 N. Clark Street
Suite 200
Chicago, IL 60601

Stephan A. Ray
MOORE, CLARKE, DuVALL &
RODGERS, P.C.
P.O. Drawer 71727
Albany, GA 31708-1727

David A. Garland
MOORE, CLARKE, DuVALL &
RODGERS, P.C.
P.O. Drawer 71727
Albany, GA 31708-1727

Mark A. Gilbert
Coleman Talley LLP
P.O. Box 5437
Valdosta, GA 31603-5437

John T. McGoldrick, Jr.
Martin Snow LLP
P O Box 1606
Macon, GA 31202-1606

Barbara G. Parker
Assistant United States Attorney
P.O. Box 1702
Macon, GA 31202-1702

This 19th day of September, 2019.

Office of the U.S. Trustee
440 Martin Luther King Jr. Blvd, Ste. 302
Macon, GA  31201    (478) 752-3545
robert.g.fenimore@usdoj.gov

By: /s/ Robert G. Fenimore
    Robert G. Fenimore
    Trial Attorney
    GA Bar No. 205202