**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| THRUSH AIRCRAFT, INC., | : Chapter 11 Case No. 19-10976 |
| | : |
| Debtor. | : |
| | : |

**SUPPLEMENT TO APPLICATION TO EMPLOY STONE & BAXTER, LLP
AS COUNSEL FOR DEBTOR**

Thrush Aircraft, Inc., Debtor and Debtor-in-possession in the above-styled case, files this *Supplement to Application to Employ Stone & Baxter, LLP as Counsel for Debtors* to supplement its original *Application to Employ Stone & Baxter, LLP as Counsel for Debtor* [Dkt. 11] with a Supplemental Rule 2014 Verification of Matthew S. Cathey attached hereto as **Exhibit A**.

Respectfully submitted this 27th day of September, 2019.

                                                      **STONE & BAXTER, LLP**
                                                      By:

                                                      */s/ Matthew S. Cathey*
                                                      Ward Stone, Jr.
                                                      Georgia Bar No. 684630
                                                      Matthew S. Cathey
                                                      Georgia Bar No. 759547
                                                      G. Daniel Taylor
                                                      Georgia Bar No. 528521

Fickling & Co. Building, Suite 800      wstone@stonensbaxter.com
577 Mulberry Street                           mcathey@stoneandbaxter.com
Macon, Georgia 31201                       dtaylor@stoneandbaxter.com
478.750.9898

**EXHIBIT A**

**SUPPLEMENTAL RULE 2014 VERIFICATION OF MATTHEW S. CATHEY**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| THRUSH AIRCRAFT, INC., | : Chapter 11 Case No. 19-10976 |
| | : |
| Debtor. | : |
| | : |

**SUPPLEMENTAL RULE 2014 VERIFICATION OF MATTHEW S. CATHEY**

I, Matthew S. Cathey, declare under penalty of perjury as follows:

1. I am a partner in the firm of Stone & Baxter, LLP (the "**Firm**"). I am authorized to make this Supplemental Rule 3014 Verification of Matthew S. Cathey (the "**Verification**"). This Verification is made upon my personal knowledge. This Verification is offered in further support of the *Application to Employ Stone & Baxter, LLP as Counsel for Debtor* [Dkt. 11]. All matters sets forth herein are true and correct to the best of my knowledge, information, and belief.

2. Pursuant to its continuing obligations under Federal Rule of Bankruptcy Procedure 2014, the Firm supplements it original disclosure to disclose that it has, prior to being engaged by the Debtor, previously represented Prince Service & Mfg, Inc. ("**Prince**") in wholly unrelated matters to the Debtor. Further, the Firm has not during this case, and nor does it currently have, any active files or matters with Prince.

3. Additionally, upon information and belief, International Governor Services, is an affiliate of Dallas Airmotive. Mr. Cathey's father, Russell S. Cathey, serves as a Vice President of Engine Solutions for Dallas Airmotive. International Governor Services purportedly holds a small unsecured claim in connection with the bankruptcy case. It is my belief that my familial relationship with an officer of an affiliate of a creditor does not have any interest materially

adverse to the interest of Debtor nor the bankruptcy estate.  In the event an issue arises, Logue Law, P.C., the Firm's co-counsel in this case, will represent the Debtor with respect to any issue involving International Governor Services and/or Dallas Airmotive.

    4.    Thus, to the best of my knowledge, information, and belief, neither the Firm nor any attorney employed by it holds or represents an interest adverse to this bankruptcy estate or the Debtor, and the Firm and its attorneys are disinterested persons.

I declare and verify under penalty of perjury that the foregoing is true and correct.

This 27th day of September, 2019.

                                            */s/ Matthew S. Cathey*
                                            Matthew S. Cathey

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| THRUSH AIRCRAFT, INC., | : Chapter 11 Case No. 19-10976 |
| | : |
| Debtor. | : |
| | : |

**CERTIFICATE OF SERVICE**

This is to certify that on September 27, 2019, I filed a copy of the *Supplement to Application to Employ Stone & Baxter, LLP as Counsel for Debtors* utilizing the Court's CM/ECF System, which served a copy of the same on all those parties requesting notice through the Court's CM/ECF noticing system.

This 27th day of September, 2019

/s/ *Matthew S. Cathey*
Matthew S. Cathey
Georgia Bar No. 759547

Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)     Proposed Counsel for Debtor