# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| THRUSH AIRCRAFT, INC., | : | CHAPTER 11 |
| | : | CASE NO. 19-10976-AEC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served copies of the

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS**
[docket no. 118]

upon the following:

those parties listed on the attached mailing matrix (short list)

by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto this 4th day of October, 2019.

*/s/Wesley J. Boyer*
WESLEY J. BOYER