# United States Bankruptcy Court

Middle District of Georgia

Date: 1/3/20

In re:

   Thrush Aircraft, Inc
   300 Old Pretoria Road
   Albany, GA 31721

Debtor(s)

Case No. 19–10976 AEC

Chapter 11

To: US Trustee
Re: Chapter 11 Plan and Disclosure Statement

This memo serves as notice the Chapter 11 Plan exclusivity period has expired and neither the Plan nor Disclosure Statement has been filed and I am terminating the Courts deadline.

Thank you,

Michelle Owens
478–749–6822

Deputy Clerk
United States Bankruptcy Court


cc: Debtor, Debtors Attorney