**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

_____

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 19-10976-AEC** |
| **THRUSH AIRCRAFT, INC.** | ) | |
| | ) | **Chapter 11** |
| **Debtor** | ) | |

_____ )

## NOTICE OF HEARING

THE UNITED STATES TRUSTEE HAS FILED DOCUMENTS WITH THE COURT TO CONVERT
THE CASE TO A CASE UNDER CHAPTER 7, OR IN THE ALTERNATIVE, DISMISS THE CASE.

**YOUR RIGHTS MAY BE AFFECTED.   You should read these documents carefully and discuss
them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney,
you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code
or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written
request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to convert the case to a case under chapter 7, or in the alternative, dismiss the
case or if you want the court to consider your views on the motion, then you or your attorney shall attend
the hearing scheduled to be held on

**February 25, 2020 at 10:00 a.m. at the United States Bankruptcy Court,**
**Courtroom B, 433 Cherry Street, Macon, Georgia 31201**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the
relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1 and 9007-1.

This 10th day of January, 2020.

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

Office of the U.S. Trustee                    By: /s/ Robert G. Fenimore
440 Martin Luther King Jr. Blvd, Ste. 302          Robert G. Fenimore
Macon, GA 31201        (478) 752-3545          Trial Attorney
robert.g.fenimore@usdoj.gov                    GA Bar No. 205202

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 19-10976-AEC** |
| **THRUSH AIRCRAFT, INC.** | ) | |
| | ) | **Chapter 11** |
| Debtor | ) | |
| | ) | |

## MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE

Nancy J. Gargula, United States Trustee for Region 21 ("United States Trustee"), through the undersigned counsel, pursuant to 11 U.S.C. §1112, files this motion and represents:

1.

On September 4, 2019, **THRUSH AIRCRAFT, INC.** (herein "the Debtor") filed for relief under Chapter 11 of the Bankruptcy Code.

2.

The Debtor has not filed all of its monthly operating reports.   Operating reports have not been filed for the months of October 2019 and November 2019.   An operating report for December 2019, will be due on January 20, 2020.   The Debtor's failure to file operating reports required by Rule 2015 and § 704(a)(8), and the U.S. Trustee Guidelines, prevents the United States Trustee from properly supervising the administration of the case and is a basis for conversion or dismissal under 11 U.S.C. § 1112(b)(4)(F).

3.

The failure of the Debtor to file operating reports impairs the ability of the United States Trustee, and other parties of interest, to properly monitor the current financial operations of the Debtor.   *In re Tucker*, 411 B.R. 530 (Bankr. S.D. Ga. 2009) (The debtor's operating reports and

the financial disclosures which accompany them are the life-blood of the Chapter 11 process, as providing the means by which creditors can monitor the debtor's post-petition operations, and the filing of such reports is an important obligation of Chapter 11 debtor in possession, which the debtor's noncompliance with calls into question the debtor's ability to effectively reorganize.); See also, *In re Costa Bonita Beach Resort, Inc*., 513 B.R. 184 (Bankr. D. P.R. 2014) (the failure to file monthly operating statements, whether based on an inability to do so or otherwise, undermines the Chapter 11 process and constitutes cause for conversion or dismissal of the Chapter 11 proceedings.)

4.

Failure of the Debtor to comply with the basic requirements of the Bankruptcy Code is a clear indication that the Debtor is unwilling or unable to fulfill its obligations in exchange for the benefit of the protection afforded to it by the filing. This failure to comply with the basic requirements of chapter 11 debtors-in-possession in filing operating reports constitutes cause for conversion or dismissal of the case under 11 U.S.C. §1112(b)(4)(E) and (F). Furthermore, during the two months covered by the missing reports, an order was entered authorizing the sale of substantially all of the Debtor's assets. (Docket No. 213). This sale was likely to trigger disbursements on the Debtor's behalf which would have a substantial impact on the amount of statutory fees owed by the Debtor pursuant to 28 U.S.C. §1930 for the quarter ending December 31, 2019. Without the missing reports, it is impossible for the correct fees to be assessed and billed, and is likely to result in delinquent or insufficient payment of these fees by the Debtor, which is also cause for dismissal or conversion under 11 U.S.C. §1112(b)(4)(K).

WHEREFORE, the United States Trustee prays this Court find that cause exists pursuant to 11 U.S.C. §1112(b) and CONVERT or DISMISS this case.

IN ADDITION, the United States Trustee prays for such other and further relief as the Court may find appropriate.

Date:   January 10, 2020.

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

Office of the U.S. Trustee              By: /s/ Robert G. Fenimore
440 Martin Luther King Jr. Blvd, Ste. 302      Robert G. Fenimore
Macon, GA 31201        (478) 752-3545          Trial Attorney
robert.g.fenimore@usdoj.gov                    GA Bar No. 205202

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleadings titled **NOTICE OF HEARING** and **MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Thrush Aircraft, Inc
Attention K. Payne Hughes, Sr.
President
300 Old Pretoria Road
Albany, GA 31721

Matthew S. Cathey
Attorney for Debtor
Stone & Baxter, LLP
Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, GA 31201

Ward Stone, Jr.
Attorney for Debtor
Stone & Baxter, LLP
Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, GA 31201

Gregory D. Taylor
Attorney for Debtor
Stone & Baxter, LLP
Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, GA 31201

And all parties of interest on the attached list of creditors.

This 10th day of January, 2020.

Respectfully submitted,

Office of the U.S. Trustee                    /s/ Robert G. Fenimore
440 Martin Luther King Jr. Blvd, Ste. 302     Robert G. Fenimore
Macon, GA 31201        (478) 752-3545         Trial Attorney
robert.g.fenimore@usdoj.gov                   GA Bar No. 205202

Label Matrix for local noticing
113G-1
Case 19-10976
Middle District of Georgia
Albany
Fri Jan 10 10:08:22 EST 2020

AB&T National Bank
2815 Meredyth Drive
PO Drawer 71269
Albany, GA 31708-1269

Georgia Department of Community Affairs
c/o Georgia Department of Law
Alkesh B. Patel
40 Capital Square, SW
Atlanta, GA 30334-9057

Georgia Power Company
c/o Thomas R. Walker
FisherBroyles, LLP
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326-1374

HHM Aviation Financing, LLC
325 N. River Road, NE
Rome, GA 30161-7313

LEAF Capital Funding, LLC
c/o Cater C. Thompson
Jones Cork LLP
P.O. Box 6437
Macon, GA 31208-6437

SG Equipment Finance USA Corp. d/b/a TRUMPF
c/o Christina L. Folsom
Langdale Vallotton, LLP
P.O. Box 1547
Valdosta, GA 31603-1547

Stone & Baxter LLP
577 Mulberry Street, Suite 800
Macoon, GA 31201-8256

Stone & Baxter, LLP
577 Mulberry Street
Suite 800
Macon, GA 31201-8256

Synovus Bank
c/o David A. Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

Thrush Aircraft, Inc
300 Old Pretoria Road
Albany, GA 31721-5285

Turbine Conversions, Ltd.
c/o Rhoades McKee, P.C.
55 Campau Avenue, N.W.
Suite 300
Grand Rapids, MI 49503-2642

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Watson Spence LLP
c/o Joseph W. Dent
Post Office Box 2008
Albany, GA 31702-2008

1
433 Cherry Street
P.O. Box 1957
Macon, GA 31202-1957

A.E.R.O. Hose Shop
3701 Hwy 162
Granite City IL 62040-6628

AB&T National Bank
PO Box 71269
Albany GA 31708-1269

AB&T National Bank
c/o Mark A. Gilbert
Coleman Talley LLP
P.O. Box 5437
Valdosta, GA 31603-5437

ACR Machine Inc.
21 N. 10th Ave.
Coatesville PA 19320-3382

AFLAC
1932 Wynnton Road
Columbus GA 31999-0797

AG Nav Inc.
30 Churchill Drive
Barrie, Ontario L4N 8Z5
CANADA

AMJ Leasing LLC
PO Box 41602
Philadelphia PA 19101-1602

(p)ASI JET SALES LLC
1710 BUTLER FIELD DR
HUTCHINSON MN 55350-5022

Adams Exterminators
1702 West Town Road
Albany GA 31707-5100

Advanced Disposal
1515 Pecan Lane
Albany GA 31705-5003

Aero Fastener Co., Inc.
228 Triangle St.
Amherst, MA 01002-2979

Aero Fasteners
76 Servistar Idustrail Way
Westfield MA 01085-5601

Aero-Classics Inc.
1677 Curtiss Ct.
La Verne CA 91750-5848

Aerofast Inc.
360 Gundersen Drive
Carol Stream IL 60188-2422

Aeronautical Testing Service Inc
18820 59th Dr. NE
Arlington WA 98223-7833

Aerospace Defense Coating
7700 NE Industrial Blvd
Macon GA 31216-7746

AgAir Update
475 Myrtle Field Rd.
PO Box 850
Perry, GA 31069-0850

Agricenter Aviaô Agrcola Ltda.
R Antonio Joao, 610, B
Ponta Pora - MS
79900-000

Aircraft Rubber Manufacturing Inc.
1550 NE Kingwood Ave
Redmond OR 97756-1787

Albany Elevator
PO Box  1073
Albany GA 31702-1073

Albany Industrial Supply
419 Hodges Ave
Albany GA 31701-1613

Albany Lock & Safe Co.
702 N. Slappey Blvd
Albany GA 31701-1414

Albany Rubber & Gasket
2238 Toledo Drive
Albany GA 31705-3811

Albany Utilities
207 Pine Ave
Albany  GA 31701-2530

Alfred Holton
245 Pine Street
Pelham GA 31779-1537

Alpine Bearing Co
PO Box 331
Allston, MA 02134-0003

Alvina Davis
149 Briar Patch Circle
Americus GA 31709-5470

Amador Sanchez
151 Stags Leap
Leesburg GA 31763-5426

American Contract Group Inc
300 Wildwood Avenue
Woburn MA 01801-6815

Amy Reno
2406 N Hilltop Drive
Albany GA 31707-2552

Andair Ltd.
1 Fulflood Rd
Havant PO9 5AX, UK

Anderson Roofing Co., Inc.
PO Box 976
Albany GA 31702-0976

Angela Bradshaw
PO Box 252
Leary GA 39862-0252

Anthem BCBS
PO Box 4445
Atlanta GA 30302-4445

Applied Technical Service
1049 Triad Court
Marietta GA 30062-2259

Applied Technical Services, Inc.
1049 Triad Court
Marietta, GA 30062-2259

Aprio LLP
5 Concourse Pkwy #1000
Atlanta GA 30328-6132

Arrin Ferguson
172 Groover St
Leesburg GA 31763-3746

Arrow Laboratory Inc.
1333 N. Main St
Wichita KS 67203-3436

Ashley's Office World
PO Box 26
Tifton GA 31793-0026

Assistant U.S. Trustee
Middle District of Georgia
440 Martin Luther King Jr., Blvd., Suite
Macon, GA 31201-7990

Astronics Max-Viz
Dept. Ch 16963
Palatine IL 60055-6963

Auto-Owners Insurance
PO Box 30660
Lansing MI 48909-8160

Autumn Alexander
183 Miller St
Baconton GA 31716-7620

Aviall
PO Box 842267
Dallas TX 75284-2267

Aviation Interiors Inc.
2217 Meadowpond Trail
White Hall AR 71602-9103

Avion Alloys
4722 NW Boca Raton Blvd
Boca Raton FL 33431-4802

Awnings Pl Inc.
805 21st Ave
Albany GA 31701-1109


Azusa Pipe & Tube Bending
766 North Todd Ave
Azusa CA 91702-2283

B & D Industrial, Inc.
PO Box 116733
Atlanta, GA 30368-6733

Barb's Signs & Engraving
138 Pineview Drive
Leesburg GA 31763-3416


Barbara Moulton
307 Martindale Drive
Albany GA 31721-8778

Barbara Russell
138 Pineview Dr
Leesburg GA 31763-3416

Bates Gas Company
2703 Sylvester Road
Albany GA 31705-2534


Belinda Heard
5200 Hill Road
Albany GA 31705-5334

Ben Howard Jr
913 12th Ave S E
Moultrie GA 31768-6046

Benefit Technology Resources Llc
Suite 507 301 W. Platt Street
Tampa FL 33606-2292


Bernard Howard
P O Box 1362
Moultrie GA 31776-1362

Bernard Ross
2324 Shady Rd
Baconton GA 31716-6924

Beverly Patterson
605 Leila Way
Americus GA 31719-2956


Blake Clanton
123 Querecho Ln
Albany GA 31707-1231

Blue Sky Investments, Inc.
475 Myrtle Field Road
Perry, GA 31069-4504

Blue Supply Inc (Brooks Auto)
1407 Dawson Road
Albany GA 31707-3855


Bradford Court Condominium Assoc.
2421 Westgate Drive, Suite B
Albany GA 31707-8200

Bradford Court Condominium Association
c/o Alfred N. Corriere, Esquire
Post Office Box 347
Albany, Georgia  31702-0347

Brock Reed
1457 De Short Rd
Dawson GA 39842-4252


Brodi Koehler
212 Robertson Dr
Leesburg GA 31763-8702

Brown Aircraft Supply Inc
4123 Muncy Rd
Jacksonville FL 32207-4733

Butler Bros.
PO Box 1375
Lewiston ME 04243-1375


Byrdie Johnson
615 W Lincoln
Albany GA 31701-3109

CHEMAQUA
CREDIT DEPT
2727 CHEMSEARCH BLVD
IRVING, TX 75062-6454

California Agricultural
661 6th Street
Lincoln CA 95648-1824


California Push Pull
3 Commerce Court, Suite 1
Chico CA 95928-6794

Calvin King
400 Elizabeth Ave
Albany GA 31705-4521

Canon Financial Services
Canon Financial Services, Inc.
attn. Irene Giuseppini
158 Gaither Drive
Mount Laurel, NJ 08054-1716

Canon Solutions America, Inc
5600 Broken Sound Blvd
Boca Raton, FL 33487-3515

Cascade Aircraft Conversions
903 Grinnell Road
Garfield WA 99130-8714

Castle Metals Aerospace
PO Box 403705
Atlanta GA 30384-3705

Chad Herndon
205 Commerce Street
Leslie GA 31764-2313

Charles Hodges
1921 S County Line Rd
Albany GA 31705-5181

Charles Russell
1820 Samford Ave
Ablany GA 31707-4253

Charles Williams
162 Hampton Ln
Leesburg GA 31763-5327

Charlotte Bryant
737 Georgetown Drive
Albany GA 31705-3433

Chelsea Harvey
2203 Jasmine Ct
Albany GA 31705-4237

Chem-Aqua
PO Box 15217
Irving TX 75015

Chesapeake Aerospace
11605 Princess Lane
Ellicott City MD 21042-2044

Christian Knights
140 A Ravenwood Ct
Albany GA 31701-0123

Christin Milner
556 Mac Road
Edison GA 39846-7721

Christopher Henry
156 Cypress Point Circle
Leesburg GA 31763-4624

Christopher Pollock
163 Pineridge Dr
Leesburg GA 31763-4537

Christopher Shawn Weathersby
795 Bay Street
Edison GA 39846-5528

Christopher Thomas
724 Mobile Rd Lot 19
Albany GA 31705-3265

Cincinnati Life Insurance
PO Box 631205
Cincinnati OH 45263-1205

Cindy Chapman
903 Douglas Cir
Americus GA 31709-2608

Cintas Corporation #438
1700 West Town Road
Albany GA 31707-5100

Citizens One Auto Finance
PO Box 42113
Providence RI 02940-2113

City of Albany
401 Pine Avenue
Albany GA 31701-2534

Coastal Wipers
5705 E Hanna Ave
Tampa FL 33610-4036

Colorado Plating Company
Hangar 44
9616 Metro Airport Ave
Broomfield CO 80021-2512

Corbana S.A. CTA Congress
Apartado Postal 6504-1000
San Jose, Costa Rica

Cory Dixon
112 Aster Drive
Americus GA 31719-8325

Covington Aircraft
PO Box 1336
Okmulgee OK 74447-1336

Coyote Logistics LLC
255 Ottley Dr NE Suite 200
Atlanta GA 30324-4051

Crystal Daniels
127 3rd Rd
Leesburg GA 31763-3135

Culligan of South Georgia
414 N Jackson Street
Americus GA 31709-3016

DHL Express-USA
16592 Collections Center
Chicago IL 60693-0001

DOUGHERTY COUNTY TAX DEPARTMENT
PO BOX 1827
ALBANY, GA 31702-1827

Dallas Logue
715 Sixth Avenue
Albany GA 31701-1835

Damasia Wiggins
262 West First Street
Cuthbert GA 39840-5512

Daniel J. Carragher
Day Pitney LLP
1 International Place
Boston, MA 02110-3179

Daniel J. Carragher
Day Pitney LLP
One International Place
Boston, MA 02110-3179

Daniel Miller
273 Herring Road
Sylvester GA 31791-6225

David I Peterson Inc
PO Box 3881
Albany GA 31706-3881

David J. Noonan, Esq.
220 Triangle St.
Amherst, MA 01002

David Jackson
1009 8 Mile Rd
Albany GA 31721-9499

David Peralta Villalobos
5401 Old Dawson Rd
Albany GA 31721-9162

David Slaton
P O Box 99
Desota GA 31743-0099

Demetria Wiggins
262 W First St
Cuthbert GA 39840-5512

Dennis Sledge
245 Marchant Rd
Ty Ty GA 31795-3715

Desser Tire & Rubber Co.
6900 Acco Street
Montebello, CA 90640-5435

Devin Hatcher
716A Oakland Rd
Leesburg GA 31763-4273

Dewey Terry Hornsby
4278 Hwy 262
Pelham GA 31779-5546

Dilmar Oil Company
PO Box 5629
Florence SC 29502-5629

Dole Fresh Fruit Co.
1 Dole Drive
Westlake Village CA 91362-7300

Donald Pollard
909 1/2 Peacock Dr
Albany GA 31701-1818

Donald Wilson
1005 Rood Street
Albany GA 31705-3153

Dougherty Glass
219 Cedric St
Leesburg GA 31763-4952

Dynanav Systems Inc.
11731 Baynes Rd
Pitt Meadows, BC V3Y 2B3
CANADA
Ea
rnest J Johnson Jr

EMERGYS
c/o Gary A. Barnes, Esq.
Baker Donelson
1600 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326-1153

EMERGYS
c/o Timothy J. Colletti, Esq.
Baker Donelson
1600 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326-1153

Earthlink Buisness
PO Box 1058
Birmingham AL 35201-1058

Edgardo Perez
127 Fair Oaks Ct
Leesburg GA 31763-5375

Edward Evers
413 Tifton Eldorado Rd
Tifton GA 31794-8937

Edward Smith
100 Jefferson St
Albany GA 31701-2895

Electro Enterprises Inc.
3601 North I-35
Oklahoma City OK 73111

Emergys
801 E. Campbell Road, Ste 690
Richardson TX 75081-1890

Eric Chase Holloway
148 Renee Lane
Sylvester GA 31791-7902

Eric W Rojek
166 Quail Valley Drive
Leesburg GA 31763-4298

Evelyn Richard
363 Cornwell Rd
Americus GA 31709-9629

Evoqua Water Technologies LLC
10 Technology Drive
Lowell, MA 01851-2728

Export-Import Bank of the United States
c/o Barbara G. Parker
U.S. Attorney's Office
P.O. Box 1702
Macon, Georgia 31202-1702

Farr Air Inc.
PO BOX 786
Weyburn SK S4H 2L1 CANADA

FedEx
PO Box 660481
Dallas TX 75266-0481

FedEx Corporate Services, Inc. as Asignee
of FedEx Express/Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN  38116-5017

FedEx Freight
Dept CH
PO Box 10306
Palatine IL 60055-0306

Fernando Alvarado
1035 White Pond Rd
Leesburg GA 31763-3268

First Stop Health LLC
PO Box 60681
Chicago IL 60660-0681

First Stop Health, LLC
233 N. Michigan Ave., Suite 1400
Chicago, IL 60601-5520

Flight Grip
812 Jacquelyn Street
Milton-Freewater OR 97862-1525

Freedom Metal Finishing Inc.
5095 113th Ave. N
Clearwater FL 33760-4834

G. Daniel Taylor
Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Macon, Georgia 31201-8256

GA Dept of Labor
16060 S. Slappey Blvd
Albany GA 31707

GDOL Safety Engineering
2 Martin Luther King Jr. Drive
West Tower. Suite 920
Atlanta GA 30334

GE Aviation Czech, s.n.o.
Areal Letov, Beranovych 65
199 00 Prague 9, Czech Republic

GE Aviation Czech, s.r.o.
30 Merchant Street
Cincinnati, OH 45246-3733

GGG Partners LLC
3155 Roswell Road NE, Suite 120
Atlanta GA 30305-1836

Garrett Register
162 Hampton Ln
Leesburg GA 31763-5327

General Aviation Manufacturers
1400 K St. NW Suite 801
Washington DC 20005-2402

Geo-Precision Solutions Inc.
Edificio Rocamar
20A  Calle 42
Bell PANAMA

George Campbell
310 South Cleveland Street
Albany GA 31701-2774

Georgia Department of Community Affairs
c/o Alkesh B. Patel
40 Capitol Square, SW
Atlanta, GA 30334-9057

Georgia Department of Community Affairs/OneG
C/O Alkesh B. Patel
40 Capitol Square, SW
Atlanta, GA 30334-9057

Georgia Department of Labor
148 Andrew Young International Blvd, NE
Atlanta, GA  30303-1751

Georgia Power Co
96 Annex
Atlanta GA 30396-0002

Georgia Tech Professional Education
Office of the Registrar
PO Box 93686
Atlanta GA 30377-0686

Gervice Scott Milner
556 Mac Rd
Edison GA 39846-7721

Gina Rowland
1534 US Hwy 280 W
Cordele GA 31015
Gra
nt Thornton LLP
33562 Treasury Center

Grant Thornton LLP
33562 Treasury Center
Chicago, IL  60694-3500

Grant Thornton, LLP
757 Third Avenue, 2nd Floor
New York, NY 10017-2013

Gregory Hill
713 Goodall Avenue
Albany GA 31705-1218

Gregory Hubbard
107 Crow Dr
Leesburg GA 31763-5157

Groupe Compagnie Fruitire
33 Boulevard Ferdinand de Lesseps
Marseille 13014 FRANCE

Harold Lamar
306 Raintree Drive
Albany GA 31705-4214

Hartzell Propeller Inc
One Propeller Place
Piqua OH 45356-2656

Hill & Brooks Coffee And Tea
PO Box 6219
Mobile AL 36660-0219

Hitek Inc.
9 Highpoint Rd
Valley Center KS 67147-8566

Holland & Hart LLP
Attn: Financial Services
555 17th St #3200
Denver CO 80202-3979

Hugh Kern Cunningham
539 N Westover Blvd
Albany GA 31707-1951

Huron Robinson
408 Southerfield Rd
Americus GA 31719-8018

Hutchinson Aerospace & Industy
4510 Vanowen Street
Burbank CA 91505-1135

IOMAX USA, Inc.
133 River Park Road
Mooresville, NC 28117-8929

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

IPG Photonics Corporation
50 Old Webster Road
Oxford MA 01540-2706

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Design and Display
125 North Stevens Street
Thomasville GA 31792-5424

International Governor Services
Dallas Airmotive
P.O. Box 610405
Dallas, TX 75261-0405

International Governor Services, LLC
7290 W. 118th Place
Broomfield  CO 80020-6903

Island Veterinary Clinic Ltd.
6212 54th Avenue
Taber AB T1G 1X3 CANADA

Ivy Cleveland
2030 West Broad Ave
Albany GA 31707-4145

Jack Knight
170 Dunn Rd
Sylvester GA 31791-7926

Jaiba Aviacao Agricola Ltda
Av Transbrasiliana 827, 2 Andar
Paraiso do Tocantins TO  BR
77600-000

James Carter Hudson
284 Linden Rd Lot 13
Leesburg GA 31763-4190

James D. Lee
6111 Elliott Avenue
Albany GA 31705-5179

James Davis
1692 Philema Road
Albany GA 31701-4782

James E Rusk
2405 Hermitage Rd
Albany GA 31721-9291

James Jordan
1008 N Davis St
Albany GA 31701-1893

James Kendrick
246 Willow Road
Edison GA 39846-4230

James Mosley
1410 Pecan St S
Cordele GA 31015-2198

James Owens
476 Lane Store Road
Americus GA 31709-7750

James Perry
203 Habitat Street
Americus GA 31709-3472

James Sailor
412 31st Ave S E Apt D
Moultrie GA 31768-7723

James Sheffield
249 Sportsman Club Road
Leesburg GA 31763-3157

Jarret Tuning
723 Levertt St
Doerun GA 31744-4475

Jason Doellefeld
740 Middle Rd S
Leesburg GA 31763-3436

Jason Furney
2502 Buckingham Court
Albany GA 31707-1687

Jason Williams
307 Southwood Dr
Albany GA 31701-4176

Jennifer Dunbar
121 Lee Drive
Leesburg GA 31763-4914

Jeremi Fuller
109 Foster Street
Desoto GA 31743-2023

Jermaine Jones
1514 Mcarthur St
Albany GA 31701-3619

Jimmy Bradshaw
188 A Pelham Dr
Leesburg GA 31763-4959

John Andrew White
110 Victorian Ct
Leesburg GA 31763-5514

John Lassen
313 B Old Pretoria Rd
Albany GA 31721-5286

John Miller Jr
3803 W Dominion Ct
Albany GA 31721-2093

John Morman
P O Box 73
Baconton GA 31716-0073

John Pike
2214 Vineyard Ct
Albany GA 31721-2050

John Roberts
1707 Spruce Lane
Albany GA 31721-5245

Johnny Leveston
209 Edward Dr
Albany GA 31705-4011

Johnny Mosely
2402 Regina Rd
Albany GA 31705-4506

Johnson Controls Fire Protection f/k/a Simpl
50 Technology Drive, Attn Bankruptcy
Westminster, MA 01441-0001

Jones Welding
1359 Schley Ave
Albany GA 31707-1848

Jones Welding & Industrial Supplies, Inc.
PO Box 71826
Albany, GA 31708-1826

Juan Phillips
14133 SW 149 Avenue
Miami FL 33196-5025

Juan Phillips Jr
14133 SW 149Th Ave
Miami FL 33196-5025

K & N Eng Inc
PO Box 1329
Riverside CA 92502-1329

KPH Jr. Family Trust
889 Oakland Rd.
Leesburg GA 31763-4297

KPIT
PO Box  398227
San Francisco CA 94139-8227

Kelsey Johnson
1319 Grilespie Ave
Albany GA 31707-4818

Kenneth Gum
2204 Devon Drive
Albany GA 31721-2122

Kenneth Payne Hughes
1270 Club Cove Drive
Greensboro GA 30642-5115

Kenneth Payne Hughes Jr
889 Oakland Rd
Leesburg GA 31763-4297

Kenneth Sellers
177 Story Lane
Leesburg GA 31763-5331

Kevin Gosier
11301 Dickey St
Morgan GA 39866-3855

Kevin Paul
142 Canvasback Drive
Leesburg GA 31763-4397

Kevin Pierce
710 Hobson Leverett Avenue
Doerun GA 31744-4361

Keyontae Keith
712 Goodall St
Albany GA 31705-1219

Kimberly Lawrence
118 Palmer Rd
Leesburg GA 31763-3233

LEAF Capital Funding LLC
2005 Market Street 14th Floor
Philadelphia PA 19103-7009

LaRose & Bosco Ltd.
200 N. LaSalle Street  Suite 2810
Chicago IL 60601-1131

Lanier Engineering Inc.
1504 W. Third Avenue
Albany GA 31707-3648

Latrobe Specialty Metals
PO Box 644181
Pittsburg PA 15264-4181

Levan Tabidze
3250 Notty Pine Trail
Marietta GA 30062-1458

Linda Jones
1320 Gail Avenue
Albany GA 31707-2609

LoPresti Aviation
210 Airport Drive East
Sebastian FL 32958-3957

Lois English
1216 East First Ave
Albany GA 31705-1304

Longwood Elastomers,Inc.
1901 Longwood Dr
Brenham TX 77833-5238

Lorie Brown
129 Pineview Dr
Leesburg GA 31763-3417

Lorinza Henry
2313 Juniper Dr
Albany GA 31721-5243

Luiz Carlos Nava
Rua Horizontina, 446E  Pioneiro
Lucas do Rio Verde, MT  BR
78455-000

MailFinance
Dept. 3682
Dallas TX 75312-0001

Makino Inc
7680 Inovation Way
Mason OH 45040-9695

Maple Hill Landfill
106 Branch Road
Albany GA 31705-5366

Marcia Griffin
1902 12th Avenue
Albany GA 31707-3338

Marcus Gilbert
PO Box 615
Arlington GA 39813-0615

Maria Recendez
933 Westview Dr
Albany GA 31705-9395

Mark Morgan
219 Somerset Dr
Albany GA 31721-6312

Mary Neal
3945 Highway 41N
Preston GA 31824

Mass Mutual
PO Box 1583
Hartford CT 06144-1583

Matt Salzsieder
230 Thimblemill Dr
Leesburg GA 31763-4411


Matthew Chambers
6109 Willow Rd
Albany GA 31705-5218

Matthew S. Cathey
Stone & Baxter, LLP
577 Mulberry Street Suite 800
Macon, Georgia 31201-8256

Mattie Anderson
2306 Pembroke Dr
Albany GA 31707-3249


Maule Air Inc.
2099 Georgia Highway 133
Moultrie GA 31788

Mauro Camacho Sanches
Av Dr Lamartine Pinto De Avelar
Catalao; GO  BR
75705-220

McMaster-Carr Supply Co
PO Box 7690
Chicago IL 60680-7690


Merry Acres Inn
1500 Dawson Road
Albany GA 31707-3437

Metal Finishing Co Inc
1423 S McLean BLVD
Wichita KS 67213-4398

Michael Casper
15 Riding Lane
Savannah GA 31411-2817


Michael Johnson
150 Manning Lane
Leesburg GA 31763-3977

Michael Kimbrel
14261 College Road
Edison GA 39846-8212

Mid Continent Aircraft Corp
1601 Hwy 84 East
Hayti MO 63851-1944


Milton Powell
7275 Bluff Road
Baconton GA 31716-7500

Moody's Analytics Inc.
PO Box 116714
Atlanta GA 30368-0597

Morris Coupling/dba Grand
1092 West Atlanta Street
Marietta GA 30060-3455


Motta, Fernandes Rocha Advogados
Av. Pres. Juscelino Kubitschek, 1327
20th floor
04543-011 - Sao Paulo - SP, BRAZIL

Moultrie Manufacturing Co
1403 Hwy 133 South
Moultrie GA 31776-2948

Murphy & Read Spring MFG
617 West 6th Street
Palmyra NJ 08065-2412


NAVARRO CASTEX ABOGADOS SRL
DINSMORE &SHOHL LLP
255 E. 5TH STREET SUITE 600
CINCINNATI, OH 45202-4700

Navarro Castex Abogados
Viamonte 1145
C1053 ABW
Buenos Aires ARGENTINA

Neofunds
PO Box 60197-6813
Carol Stream IL 60197-6813


Neopost
478 Wheelers Farms Rd
Milford CT 06461-9105

Niles Mcquaig
162 Hampton Ln
Leesburg GA 31763-5327

North Star Aviation, Inc.
801 W. Airport Rd.
Ulysses KS 67880


Northern Air Spray Ltd.
Hangar 5, Peace River Regional Airport
Peace River AB T8S 1S1 CANADA

Office of U.S. Trustee
c/o Robert G. Fenimore
Trial Attorney
440 MLK Jr. Blvd Ste 302
Macon, GA 31201-7987

Official Committee of Unsecured Creditors
Horwood Marcus & Berk
500 W. Madison, Suite 3700
Chicago, Illinois 60661-4591

Official Committee of Unsecured Creditors
c/o Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, Georgia 31201-7305

Old Dominion Freight Line
PO Box 198475
Atlanta GA 30384-8475

One Time Vendor
2970 Clairmont road
Atlanta GA 30329-1638


Orsmond Aerial Spray (Pty) Ltd
Preekstoel Road
Bethlehem ZA 9701
SOUTH AFRICA

Oxford Global Resources
PO Box 3256
Boston MA 02241-3256

Oxford Global Resources, LLC
100 Cummings Center
Suite 206L
Beverly, MA 01915-6104


PartsBase
5401 Broken Sound Blvd. NW
Boca Raton FL 33487-3512

Patrick Times
4343 Ga Hwy 41 South
Buena Vista GA 31803-8117

Paulina Tompea
625 11th Ave NW
Cairo GA 39828-1985


Pellicano & Blankenship, LLC
1803 Gillionville Rd
Albany, GA 31707-3736

Perry Brothers Aviation
125 US Hwy 280 West
Americus GA 31719-8644

Phillips Corporation
8500 Triad Drive
Colfax NC 27235-9403


Phoebe Corporate Health
2410 Sylvester Road
Albany GA 31705-2480

Pinson Valley Heat Treating Co.
6179 Sunrise Dr.
Pinson AL 35126-3207

Pitney Bowes Global Financial
PO Box  371887
Pittsburgh PA 15250-7887


Planificacion y Soluciones
Avda. Comarques del Pais
Quart de Poblet, Valencia  ES
46930

Prairie Dusters
PO Box 274
Birtle MB R0M 0C0 CANADA

Pratt & Whitney
1000 Boulevard Marie-Victorin
Longueuil, QC J4G 1A1 CANADA


Pratt & Whitney Canada Corp.
Attn: Jacques Bradette, Senior Counsel
1000 Marie-Victorin Boulevard
Longueuil, Quebec J4G 1A1
Canada

Pratt & Whitney Component Solutions
4905 Stariha Drive
Muskegon MI 49441-5559

(p)PRINCE SERVICE & MFG   INC
ATTN EDITH MILLER
7539 HAWKINSVILLE ROAD
MACON GA 31216-6913


Principal Life Insurance Company
SBD Grand Island
PO Box 10372
Des Moines IA 50306-0372

R & L Carriers Inc
600 Gillam Rd
Wilmington, OH 45177-9089

R+L Carriers
PO Box  10020
Port William OH 45164-2000


(p)R  L  DORMINEY & ASSOCIATES  INC
C/O KELLY DORMINEY
1628 MASSEY AIRPORT RD
SYLVESTER GA 31791-3612

RHC Inc.
1709 S. Slappey Blvd
Albany GA 31701-2666

RJ Jenkins
503 Drexel
Albany GA 31707-4667


Rafael Bernal
315 Old Pretoria Rd
Albany GA 31721-5286

Raymond Koehler
217 Winnstead Dr
Leesburg GA 31763-5376

Raymond L Dickey Jr LLC
1248 SPANiard Point Road
Hiawassee GA 30546-5065

Raymond Lowe
801 12Th Ave SE
Moultrie GA 31768-6044

Reeves Research & Development
PO Box 1508
Albany GA 31702

Retirement Solutions Specialists
PO Box  601070
Jacksonville FL 32260-1070

Richard Paul
P O Box 245
Edison GA 39846-0245

Richie Griffin
P O Box 344
Dawson GA 39842-0344

Rickey Holloway
2744 Spring Flats Road
Sylvester GA 31791-3528

Ricky Williams
125 Reese Drive
Sylvester GA 31791-3429

Robert Jones
3968 Depot St
Leary GA 39862-6021

Robin Waters
Po Box 124
Smithville GA 31787-0124

Rochester Gauges Inc
11616 Harry Hines Blvd
Dallas TX 75229-2203

Russell Shorter
P O Box 363
Baconton GA 31716-0363

SAFE AIRE
3199 Palmyra Road
31701
ALBANY, GA 31707-1218

SAIA Freight Line
PO Box 730532
Dallas TX 75373-0532

SB&T Bank
1251 US Hwy 82 W
Leesburg GA 31763-5196

SG Equipment Finance USA Corp dba TRUMPF Fin
c/o Christina L. Folsom
Langdale Vallotton, LLP
P.O. Box 1547
Valdosta, GA 31603-1547

Sabrina Moore
311 Mccray Drive
Albany GA 31701-4138

SafeAire Heating & Coolin
3199 Palmyra Road
Albany GA 31707-1218

Sandy Barnes
162 Hampton Lane
Leesburg GA 31763-5327

Sapientia Law Group PLLC
120 South Sixth Street Suite 100
Mineaplis MN 55402-1847

Scales Systems and Automation
430 Woodcrest
Sylvester GA 31791-7765

Sealed Air
26077 Network Place
Chicago IL 60673-1260

Sean A. Gordon
3560 Lenox Road, Suite 1600
Atlanta, GA 30326-4274

Shaco Branch
1001 N Madison St Apt 5
Albany GA 31701-1989

Sheena Kendrick
2080 Dickey Bypass
Edison GA 39846-4439

Short & Paulk -Albany Sup
400 N. Cleveland St
Albany GA 31701-1773

Siderval S.P.A.
PO Box 5
Beaver PA 15009-0005

Single Source Inc.
421 N.Washington Street
Albany GA 31701-2344

Snap-On Tools
178 Horsehoe Circle
Americus GA 31719-9136

So Low Enviromental Department
10310 Spartan Drive
Cincinnati  Ohio 45215-1221

Southeast Airgas
489 Ross Clark Circle N.E
Dothan AL 36303

Sowega Chlorinator Co. Inc.
PO Box 31706-3006
Albany GA 31701

Sowega Testing Service Inc.
205 White Horse Drive
Leesburg GA 31763-4556

Speed Shop & Truck Access
2755 Ledo Road
Albany GA 31707-1247

Spraying Systems Co
PO Box 95564
Chicago IL 60694-5564

Stacy Grigsby
1219 Baker Ave
Albany GA 31707-3885

Statewide Aviation
Lot 16 Blueberry Rd.
Airport West
Moree NSW 2400 AUSTRALIA

Steven Bowles
1610 Pleasant Hill Rd
Dawson GA 39842-3703

Sumifru Corporation
AJMR Port Complex KM. 20
Tibungco TE8000 Davao City
PHILIPPINES

Sunbelt Rentals Inc
729 S. Westover Blvd
Albany GA 31707-4952

Synovus Bank
c/o Stephan A. Ray
Moore Clarke DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

TW Metals LLC
760 constitution dr
19341
Exton, PA 19341-1149

TW Metals*Tube Sales
PO Box 933014
Atlanta GA 31193-3014

Technipower Inc.
PO Box 204653
Dallas TX 75320-4653

Terrance Comer
132 Sam Sells Rd
Doerun GA 31744-5222

Terri Daugherty
101 Susina Drive
Leesburg GA 31763-5385

Terry Humphrey
500 Admore Lane
Albany GA 31707-3702

The Albany Dougherty
Payroll Dev
225 West Broad Avenue
Albany GA 31701-2566

Thomas E Medley Jr
923 Lovers Lane Rd Lott 33
Leesburg GA 31763-4445

Thomas Pierce
P O Box 874
Edison GA 39846-0874

Timber Products Inspection
1641 Sigman Road
Conyers GA 30012-3465

Tina O'Donnal
135 Dunaway Dr
Albany GA 31721-6318

Todd Fisher
2216 Pace St
Albany GA 31701-1180

Toyota Industries Commercial Finance
PO Box 660926
Dallas TX 75266-0926

Tracy Wallace
130 Bruner Ln
Leesburg GA 31763-3216

Transland-Texas LLC
1206 Hatton Rd  Suite A
Wichita Falls TX 76302-3002

Travelers
CL Remittance Center
PO Box 660317
Dallas TX 75266-0317

Travis Williams
1320 West Central Ave
Moultrie GA 31768-3520

Trumpf Finance
480 Washington Blvd 24th Floor
Jersey City NJ 07310-2053

Trumpf Inc. (A0241E0112)
111 Hyde Rd.
Farmington CT 06032-2834

Turbine Conversions Ltd
18155 120th Ave
Nunica MI 49448-9310

Turbine Conversions, Ltd.
c/o Terry L. Zabel, Esq.
RHOADES MCKEE PC
55 Campau Avenue, N.W., Suite 300
Grand Rapids, MI 49503-2793

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

UPS Freight
PO Box 650690
Dallas TX 75265-0690


UPS/UPS SCS Dallas
PO Box 650690
Dallas TX 75265-0690

Uline Shipping Supply
PO Box 88741
Chicago IL 60680-1741

UniFirst Corporation
1021 Ware Street
Albany GA 31705-3260


United Rentals
1190 Hwy 19 South
Leesburg GA 31763-5918

Vernon Worth
903 Douglas Circle
Americus GA 31709-2608

Virginia Garza
5401 Old Dawson Rd
Albany GA 31721-9162


Ward Stone, Jr.
Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Macon, Georgia 31201-8256

Watson Spence LLP
320 Residence Avenue
Albany GA 31701-2319

Weldon Pump LLC.
640 Golden Oak
Oakwood Village OH 44146-6504


Wells Fargo Bank
1st Broad Street 8th Floor
Philadelphia PA 19107

Wells Fargo Bank, National Association
c/o Michael C. Sullivan
303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30308-3225

Wells Fargo Equipment Finance, Inc.
c/o Michael C. Sullivan
303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30308-3225


Wells Fargo Equipment Financing
Remittance: NW-8178
PO Box 1450
Minneapolis MN 55485-8178

Wencor Group
473 Dividend Drive
Peachtree City GA 30269-1940

Wencor, LLC
416 Dividend Drive
Peachtree City, GA 30269-1906


Whelen Aerospace Technologies, LLC
Eric Goldstein c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Will Bruner
133 Enterprise Church Rd
Edison GA 39846-3228

William Bays
2311 Whitehall Ct
Albany GA 31707-2431


William Etheredge
119 Heathridge Ct
Leesburg GA 31763-5847

William Griffin
1902 12th Ave
Albany GA 31707-3338

William Phillips
1580 US Hwy 19S Apt#31
Leesburg GA 31763-4946


William Richard
363 Cornwell Rd
Americus GA 31709-9629

William Wright
602 Green Valley Rd
Dothan AL 36305-6423

Willie Jones
2012 Lilly Pond Rd
Albany GA 31721-7778


Winthrop Resources Corp.
PO Box 650
Hopkins MN 55343-0650

Winthrop Resources Corporation
In Care of (c/o) Sarah Primrose
King & Spalding
1180 Peachtree St.
Atlanta, GA 30309-3531

Winthrop Resources Corporation
Keith Bergquist
11100 Wayzata Blvd #801
Minnetonka, MN 55305-5503

Winthrop Resources Corporation
c/o Sarah L. Primrose
1180 Peachtree Street, 35th Floor
Atlanta, Georgia 30309-3531

Wire Masters Inc
PO Box 38148-0207
Memphis TN 38401

Woodward Inc.
5001 North Second Street
Rockford IL 61111-5800


YRC Freight
PO Box 730375
Dallas TX 75373-0375

ZEE Systems, Inc.
406 W. Rhapsody
San Antonio, TX 78216-3110

Zee System Inc
406 West Rhapsody
San Antonio TX 78216-3110


Zelda Diane Davis
119 Pebble Ridge Dr
Leesburg GA 31763-5317

de lage landen
1111 Old Eagle School Road
Wayne, PA 19087-1453

A. Keith Logue
Law Office of A. Keith Logue
3423 Weymouth Court
Marietta, GA 30062-4286


Gregory D. Taylor
Stone & Baxter, LLP
Fickling & Co. Building
Suite 800
577 Mulberry Street
Macon, GA 31201-8239

Jones Welding & Indu Jones Welding & Industr
Corporate
P.O. Box 71826
1359 Schley Ave.
Albany, GA 31707-1848

Matthew S. Cathey
Stone & Baxter, LLP
577 Mulberry Street
Suite 800
Macon, GA 31201-8256

Ward Stone Jr.
Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Fickling and Co. Building
Macon, GA 31201-8239


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


US Securities and Exchange Commission
Ste. 1000
3475 Lenox Road NE
Atlanta, GA 30326-1232

ASI Jet Sales, LLC
1710 Butler Field Drive SW
Hutchinson MN 55350

IPFS Corporation
PO Box 100391
Pasadena CA 91189-0391


Prince Service & Manufact
7539 Hawkinsville Road
Macon GA 31216

R.L. Dorminey & Associate
PO Box 460195
San Antonio TX 79246


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bradford Court condominium Association

(u)EMERGYS

(u)Export-Import Bank of the United States

(u)IPFS Corporation    (u)Official Committee of Unsecured Creditors    (u)Wells Fargo Bank, National Association

(u)Wells Fargo Equipment Finance, Inc.

(u)Winthrop Resources Corporation

(u)Aerocisne
Parroquia Jesus
Maria, Naranjal, EC

(u)BANASPRAY S.A.
Calle 5ta 223
Guayaquil; Guayas - EC

(u)Calima S.A.S.
Carrera 43B No 16-95 Oficina 1013
Medellin-Antioquia - CO

(u)Compaa Aero Agrcola Integral
Km 7 Via Zungo Predio San Sebastian
Carepa-Antioquia - CO

(u)El Colono Agropecuario SA
5km al este Entrada a Guapiles
Jimenez, Limon - CR

(u)FUMICAR S.A.
Av. Santiago Castillo
Guayaquil; Guayas - EC

(u)Forest Patrol Ltd
4180 Loch Lomond Rd.
Saint John Airport, Bldg #50
St. John, New Brunsweek, CA, E2N 1L7

(u)Fumigacion Aerea Agrobuenafe
S/N Via Valencia
Quevedo-Los Rios - EC

(u)GE Aircraft Engines
Beranovch 65, 19900 Praha 18
Letnany, 199 00, CZECHIA

(u)GE Aviation Czech, s.r.o.
Thompson Hine LLP
Attn: Sean A. Gordon, Esq.
3560 Lenox Road, Suite 1600, GA 30326-42

(d)Georgia Power Company
c/o Thomas R. Walker
FisherBroyles, LLP
945 East Paces Ferry Road, NE
Suite 2000
Atlanta, GA 30326-1374

(u)Gustavo Vigano Piccoli
Rod Br 163, Sn, Km 741
Sorriso, MT  BR
78890 000

(u)Helicopteros Valdez & Carvallo
Via Panamericana Sector
Torotal Lote#9
Santa Rosa - El Oro, EC

(d)LEAF Capital Funding, LLC
c/o Cater C. Thompson
Jones Cork, LLP
P.O. Box 6437
Macon, GA 31208-6437

(u)Livingston International
PO Box 5640, Terminal A
Toronto  M5W 1P1

(u)Luiz Catelan
Rua Juscelino Kubitschek SN
Luis Eduardo Magalhaes; BA - BR
47850-000

(u)Marcelo Alberto Ellena
Ruta Nacional 7 Km. 597
Vicuna Mackenna; Cordoba - AR

(u)Marcelo Leomar Kappes
Av Tancredo Neves
Luis Eduardo Magalhaes; BA  BR
47850-000

(u)PKB Constanta+
Bolshoye Savvinskiy Lane
Moscow 119435 RU

(u)Servicio Agroagricola Vergara Ltda
Endereco: Ruta 26, Km 80
Rio Branco, UY 37100

(d)Synovus Bank
c/o David A. Garland
Moore Clarke DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

(u)Textor Aviacao Agricola LTDA
CNPJ 17.481.492/0001-87
Rodovia GO 206, S/N Aeroporto Municipal
Chico Anta, Quirinopolis, BR, 75860-00

End of Label Matrix
Mailable recipients   432
Bypassed recipients    30
Total                 462