**SO ORDERED.**

**SIGNED this 3 day of February, 2020.**



*Austin E. Carter*

**Austin E. Carter**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Thrush Aircraft, Inc., | : | Case No. 19-10976 |
| | : | |
| Debtor. | : | Judge Austin E. Carter |

**ORDER CONFIRMING STANDING OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THRUSH AIRCRAFT, INC. TO FILE AND PROSECUTE ADVERSARY COMPLAINTS AGAINST INSIDERS OF THRUSH AIRCRAFT, INC.**

Upon consideration of the *Joint Motion of Thrush Aircraft, Inc. and the The Official Committee of Unsecured Creditors for Entry of an Order Confirming Standing to File and Prosecute Adversary Complaints Against Insiders of Thrush Aircraft, Inc.,* (the "Motion") [Dkt. No. 287] and that, for all the reasons stated in the Motion, the Court is satisfied that the Official Committee of Unsecured Creditors of Thrush Aircraft, Inc. is an appropriate entity to file and prosecute adversary complaints against the Debtor's insiders, it is hereby

5159362/1/19342.012

ORDERED that the Official Committee of Unsecured Creditors of Thrush Aircraft, Inc. has

standing to file and prosecute adversary complaints against insiders of Thrush Aircraft, Inc.

END OF DOCUMENT

STONE & BAXTER, LLP
WARD STONE, JR.
State Bar No. 684630
577 Mulberry Street
Macon, Georgia 31201
(478) 750-9898
wstone@stoneandbaxter.com
*Counsel for Thrush Aircraft, Inc.*

HORWOOD MARCUS & BERK CHARTERED
AARON L. HAMMER
State Bar No. 6243069
500 W. Madison, Ste. 3700
Chicago, IL 60661
(312) 606-3200
ahammer@hmblaw.com

BOYER TERRY, LLC
WESLEY J. BOYER
State Bar No. 073126
348 Cotton Ave., Ste. 200
Macon, Georgia 31201
(478) 742-6481
wes@boyerterry.com

*Counsel for Official Committee of Unsecured
Creditors of Thrush Aircraft, Inc.*

5159362/1/19342.012